SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Gary B. Rudolph, SBN 101921
600 B Street, Suite 1700
San Diego, California 92101
Telephone:  (619) 233-4100
Fax Number: (619) 231-4372

**Electronically Filed: 01/07/2020**

Attorneys for Ronald E. Stadtmueller, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>INTEGRATEDMARKETING.COM,<br>dba RONI HICKS & ASSOCIATES,<br><br>　　　　　　Debtor. | CASE NO. 19-04688-CL7<br><br>Chapter 7<br><br>**EX PARTE APPLICATION BY RONALD E. STADTMUELLER, CHAPTER 7 TRUSTEE, TO EMPLOY STEPHEN C. JONES, AS EXPERT WITNESS**<br><br>Dept.: 5<br>　　　　Hon. Christopher B. Latham |

**TO THE HONORABLE CHRISTOPHER B. LATHAM, UNITED STATES BANKRUPTCY JUDGE:**

The ex parte application of Ronald E. Stadtmueller, the Chapter 7 trustee herein (hereinafter alternatively referenced as the "Trustee" or "Applicant"), respectfully represents:

1.　This case was filed on August 2, 2019, pursuant to the provisions of Chapter 11 of Title 11, United States Bankruptcy Code [ECF 1].  It was subsequently converted to a Chapter 7 on November 4, 2019 [ECF 107].

/ / /

- 1 -

408152-v1

2.  On or about November 4, 2019, Ronald E. Stadtmueller ("Applicant") was appointed Chapter 7 Trustee of the debtor's bankruptcy estate [ECF 107].

3.  The Debtor created an Employee Stock Option Plan ("ESOP Trust") whereby the employees of the company could purchase its stock. The creation of the ESOP Trust involved a valuation of the company by a third party appraiser and the sale by current shareholders of their stock to the ESOP Trust. The ESOP Trust purchased those shares based on the appraised valuation, utilizing monies that were lent to it from the Debtor, after the Debtor borrowed those funds from a lending institution. In this case, the shareholders who sold their shares to the ESOP Trust were Jane Carey Wheeler, Stephen W. Wheeler, Diane L. Gaynor-McCue and Steven F. McCue (the "Sellers"). First Bankers Trust Services, Inc. was the ESOP Trustee and First American Bank ("Bank") was the bank who lent the Debtor the funds which were then paid to the ESOP Trustee for the purchase of shares from the Sellers. Prairie Capital Advisors, Inc. ("Prairie") was the company that performed the stock valuation. In two separate transactions, one on March 13, 2014 and one on June 30, 2017, the Sellers sold their stock in the Debtor to the ESOP Trust ("ESOP transactions").

4.  Issues have surfaced regarding the ESOP transactions including but not limited to, the valuation process; the amount paid to the Sellers by the ESOP Trust for their shares; the amount lent to the Debtor by the bank; the ESOP Trust creation; and the relationship between the Sellers, Prarie, the bank and the ESOP Trust.

5.  In order to analyze and pursue these issues, it is necessary that the Trustee retain an expert witness in the area of ESOPAccordingly, the Trustee desires to retain Stephen C. Jones, as his expert witness in this case, effective December 10, 2020. The services to be provided by Mr. Jones include , but are not limited to the following:

- Analyze the valuation process and appraisal performed by Prairie;

- 2 -

408152-v1

- Analyze the feasibility of the ESOP Trust's purchase of the Seller's stock;
- Provide valuation and fairness opinions related to the purchase of the stock in the Debtor;
- Analyze the relationship between Prairie, the bank, the ESOP Trustee, and the Sellers;
- Assist Trustee and his counsel in opposing any relief from stay motion filed by the bank;
- Prepare for and provide expert witness testimony at any trial and/or evidentiary hearing(s) on any of the above issues related to the ESOP transactions;
- Prepare for and have his deposition conducted as well as provide assistance to the Trustee and his counsel regarding the deposition of any witness or expert witness relating to the ESOP transactions;
- Review and analyze all documents produced in connection with the ESOP transactions;
- Assist the Trustee and his counsel in preparing and identifying documents to be requested from the parties to the ESOP transactions.

6. A copy of Jones' professional resume is attached as **Exhibit A** to the Declaration of Stephen C. Jones accompanying this Ex Parte Application. Applicant believes Jones is qualified to serve as an expert witness and provide the services outlined herein and that his hourly rate of $425 per hour plus reimbursement of costs is reasonable.

7. Since Jones is not a bankruptcy practitioner, it is respectfully requested that Applicant be authorized to pay his invoices on a monthly basis with unencumbered funds from the estate, through the filing and service on creditors and parties in interest of a notice of intended action to pay the fees and costs and entry of a

- 3 -

408152-v1

court order approving the notice of intended action. Additionally, at the conclusion of his service, Jones will present a final fee application, upon notice to creditors and parties in interest, for approval of all fees and costs he incurred. Other than disclosed in the accompanying declaration of Jones, applicant believes he is a disinterested person within the meaning of Bankruptcy Code Section 327(a).

8. Jones has agreed not to accept compensation for services rendered in this case except as provided herein. Applicant and Jones waive the requirement of a written retainer agreement pursuant to LBR2014-1(d). A copy of the proposed order approving this Ex Parte Application is attached hereto as **Exhibit A** and herein incorporated by reference.

9. WHEREFORE, Applicant prays that this Court authorize him to employ Stephen C. Jones as an expert witness in this case effective, December 10, 2019, and for such other and further relief as deemed appropriate by the Court.

Dated: January  7 , 2020        /s/Ronald E. Stadtmueller
                                Ronald E. Stadtmueller, Chapter 7 Trustee

- 4 -

408152-v1

## Exhibit List

| Exhibit | Summary | Pages |
|---|---|---|
| Exhibit "A" | [PROPOSED] Order Approving Ex Parte Application to Employ Stephen C. Jones as Expert Witness | 6 - 8 |

408152-v1

**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re



Debtor.

BANKRUPTCY NO.

Date of Hearing:
Time of Hearing:
Name of Judge:

# [PROPOSED] ORDER

The court orders as set forth on the continuation pages attached and numbered _____ through _____ with exhibits, if any, for a total of _____ pages. Motion/Application Docket Entry No. _____.

//
//
//
//
//
//
//

DATED: _____

_____
Judge, United States Bankruptcy Court

**CSD 1001A** [07/01/18]**(Page 2)**
ORDER
DEBTOR:                                                              CASE NO: