CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.
SULLIVAN HILL REZ & ENGEL, A Professional Law Corporation
  James P. Hill (SBN 90478)/Gary B. Rudolph (SBN 101921)
600 B Street, Suite 1700
San Diego, CA  92101
Tel.:  (619) 233-4100
Fax:  (619) 231-4372
Attorneys for Ronald E. Stadtmueller, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
INTEGRATEDMARKETING.COM, dba RONI HICKS & ASSOCIATES,

Debtor,

Plaintiff(s)

v.

Defendant(s)

BANKRUPTCY NO.  19-04688-CL7

ADVERSARY NO.

## PROOF OF SERVICE

I, <u>Francine Iriarte</u> am a resident of the State of California, over the age of 18 years, and not a party to this action.

On <u>January 7, 2020</u>, I served the following documents:

- **EX PARTE APPLICATION BY RONALD E. STADTMUELLER, CHAPTER 7 TRUSTEE, TO EMPLOY STEPHEN C. JONES, AS EXPERT WITNESS;**
- **DECLARATION OF STEPHEN C. JONES IN SUPPORT OF EX PARTE APPLICATION BY RONALD E. STADTMUELLER, CHAPTER 7 TRUSTEE, TO EMPLOY STEPHEN C. JONES, AS EXPERT WITNESS; and**
- **PROOF OF SERVICE**

1.     **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On <u>January 7, 2020</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

- **Martin A. Eliopulos**     elio@higgslaw.com, kimbled@higgslaw.com
- **William P. Fennell**     william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;office@fennelllaw.com;wpf@ecf.courtdrive.com;mblackburnjoniaux@fennelllaw.com;charles.bethel@fennelllaw.com;tiffany.zappelli@fennelllaw.com
- **R. Gibson Pagter**     gibson@ppilawyers.com, ecf@ppilawyers.com
- **Ronald Peterson**     rpeterson@jenner.com, ASwingle@jenner.com;MRoot@Jenner.com;PJacobs@jenner.com;CRillo@Jenner.com
- **Gary B. Rudolph**     rudolph@sullivanhill.com, hill@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com
- **Maggie Schroedter**     schroedterm@higgslaw.com, lodoviceb@higgslaw.com
- **Leslie Skorheim**     leslie.skorheim@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Ronald E. Stadtmueller**     ecfstadt@aol.com, res@trustesolutions.net;ecfstadt2@aol.com
- **Todd C. Toral**     ttoral@jenner.com, ELamm@jenner.com
- **United States Trustee**     ustp.region15@usdoj.gov

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2.      **Served by United States Mail**:

        On   November 19, 2019      , I served the following person(s) and/or entity(ies) at the last known
address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the
United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

| **Dan McAllister** | **Squar Milner LLP** |
|---|---|
| Treasurer-Tax Collector | 3655 Nobel Drive |
| 1600 Pacific Hwy Room 162 | Suite 300 |
| Attn: Bankruptcy Desk | San Diego, CA 92122 |
| San Diego, CA 92101 | |

3.      **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

        Under Fed.R.Civ.P.5 and controlling LBR, on   January 7, 2020      , I served the following person(s)
and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile
transmission, by overnight delivery and/or electronic mail as follows:

**United States Trustee - ustp.region15sop@usdoj.gov**

        I declare under penalty of perjury under the laws of the United States of America that the statements made
in this proof of service are true and correct.

Executed on    January 7, 2020
                (Date)

Francine Iriarte */s/Francine Iriarte*
(Typed Name and Signature)

600 B Street, Suite 1700
(Address)

San Diego, CA  92101
(City, State, ZIP Code)

CSD 3010