SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
James P. Hill, SBN 90478
Gary B. Rudolph, SBN 101921
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Electronically Filed: 02/21/2020

Attorneys for Ronald E. Stadtmueller, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re

INTEGRATEDMARKETING.COM,
dba RONI HICKS & ASSOCIATES,

Debtor.

CASE NO. 19-04688-CL7

Chapter 7

**AMENDED DECLARATION OF STEPHEN C. JONES IN SUPPORT OF EX PARTE APPLICATION BY RONALD E. STADTMUELLER, CHAPTER 7 TRUSTEE, TO EMPLOY STEPHEN C. JONES, AS EXPERT WITNESS**

Dept.: 5
Hon. Christopher B. Latham

I, Stephen C. Jones, declare as follows:

1. I am an expert consultant in the area of corporate advisory by providing analysis and opinions to operating business entities. I have significant experience relating to the analysis and valuation of ESOP transactions. A copy of my professional curriculum vitae is attached hereto as Exhibit "1" and herein incorporated by reference.

2. I have been requested by the Trustee to render services as an expert witness relating to the March 13, 2014 and June 30, 2017 ESOP, transactions wherein shareholders of the debtor sold their stock to an ESOP Trust. The services I will

- 1 -

408266-v1

provide include but are not limited to, the following:

- Analyze the valuation process and appraisal performed by Prairie;
- Analyze the feasibility of the ESOP Trust's purchase of the Seller's stock;
- Provide valuation and fairness opinions related to the purchase of the stock in the Debtor;
- Analyze the relationship between Prairie, the bank, the ESOP Trustee, and the Sellers;
- Assist Trustee and his counsel in opposing any relief from stay motion filed by the bank;
- Prepare for and provide expert witness testimony at any trial and/or evidentiary hearing(s) on any of the above issues related to the ESOP transactions;
- Prepare for and have my deposition conducted as well as provide assistance to the Trustee and his counsel regarding the deposition of any witness or expert witness relating to the ESOP transactions;
- Review and analyze all documents produced in connection with the ESOP transactions;
- Assist the Trustee and his counsel in preparing and identifying documents to be requested from the parties to the ESOP transactions.

3. My hourly rate is $425 per hour, plus reimbursement of costs including copy charges at $.10 per page or actual costs for services outsourced; and facsimile charges $.20 per page for outgoing transmissions with no charge for incoming transmissions. For mileage I will use the IRS standard rate.

4. The Trustee and I have mutually agreed to waive a written retainer agreement concerning the terms of my employment.

5. At the conclusion of my service, I will present a final fee application,

- 2 -

408266-v1

upon notice to creditors and parties in interest, for approval of all fees and costs incurred.

6. I have performed a conflicts check for the following creditors and entities:

| | |
|---|---|
| First American Bank | First American Bank |
| INTEGRATEDMARKETING.COM | George Stephanos |
| NASH Cascadia Verde, LLC | Google, Inc. |
| NASH Eagle Ridge, LLC | Howard J. Levine, Esq. |
| NASH Rancho Hills, LLC | IHP Capital Partners |
| NASH Sweetwater, LLC | Ian Monteyro |
| NNP III-Estrella Mountain Ranch, LLC | Infinisource Benefit Services |
| | Incentive Plan (Plan 001) |
| Newland Real Estate Group, LLC | Internal Revenue Service |
| Squar Milner LLP | James Martin Dalgleish |
| Aaron Smith | Jamie M. Walrack, First VP \|First American Bank |
| American Express | |
| American Express Travel Related Services Com | Jane Carey Wheeler |
| | Jane Wheeler |
| Amy Vulpio, Esq. | Janis Strockis |
| Anthead Digital, LLC | Jo DePiano |
| Ari Wells | John Durant |
| Arizona Republic | Justine Stephanos |
| BMW FINANCIAL SERVICES | Kaitlin Krzyminski |
| Bay Area News Group | Kellie Christensen |
| Benefit Concepts - Attn: Dave Weinstock | Kolodny & Pressman |
| | Larry A. Goldberg, Esq. |
| Brian Hector, Esq. | Martin A. Eliopulos, Esq. |
| Brookfield Residential LP | Megan Harnal |
| Builder Digital Experience LLC | Melcor Developments Ltd |
| California Bank & Trust | Microsoft Online, Inc. |
| Chantal Gordon-Benoit | NetFortris |
| Christopher Rillo, Esq. | New Homes Directory.com |
| Clear Channel Outdoor | Newland Real Estate Group LLC |
| Colonial Life | Outdoor Promotions of Colorado LLC |
| Dan McAllister \|Treasurer, Tax Collector\|San Diego County Treasurer | |
| | Outfront |
| Daniel P. Velocci | Principal Life Group |
| Diane Gaynor McCue | Prudential Fiduciary Serv. LLC |
| Diane Lori Gaynor McCue | Ronald R. Peterson Esq |

- 3 -

408266-v1

| | |
|---|---|
| Ellen Wong | San Diego County Treasurer |
| FRANCHISE TAX BOARD | UTC Properties LLC |
| Ryan C. Carsten | United Health Care |
| Shahrzad Newton | VSP |
| Sharp Business Systems | Vanessa Chow |
| Sheila Berner | Volvo Car Financial Services US, LLC |
| Sienna Hill | |
| Sorrento Valley Storage | Volvo Financial Services |
| Stackadapt Inc. | William Coles |
| Steve Greenapple | Zillow, Inc. |
| TST Ink | Dan McAllister \|Treasurer-Tax Collector |
| The Irvine Company LLC | |
| Tina Stephanos | William P. Fennell |
| Todd C Toral Esq | Mutual of Omaha Bank |
| Todd Ochsner | Sheri Newton |
| Touchstone Development Inc. | Sienna Hill |
| Aldrich CPA's & Advisors LLC | ESOP Law Group |
| Chubb Group of Insurance Companies | KDKB-FM |
| Benchmark Commercial Insurance | Solid Terrain Modeling, Inc. |
| True Integrity Fiduciary Services | Site Impact, LLC |
| Prudent Fiduciary Services | Pandora |
| Brookwood Vance, LLC | CBS Outdoor |
| Morgan Lewis & Bockius LLP | The Seattle Times |
| Roni Hicks & Associates Employee Stock | Prairie Capital Advisors |
| | Lancorp Network Services |
| Roni Hicks & Associates Pension | |

7.  Concerning creditor California Bank & Trust, that bank is being utilized as the lender for the first deed of trust in a 1031 exchange in which I am handling. Other than this disclosure, I believe I am a disinterested person within the meaning of Bankruptcy Code Section 327(a).

Executed this 20th day of February 2020 under the penalty of perjury pursuant to the laws of the United States of America.

Stephen C. Jones

- 4 -

408266-v1

## Exhibit List

| Exhibit | Summary | Pages |
|---|---|---|
| Exhibit "1" | Professional Curriculum Vitae of Stephen C. Jones | 6-10 |

408266-v1

# EXHIBIT 1

Exhibit 1 Page 6

# Stephen C. Jones – Expert Consultant

Mr. Jones provides professional services specializing in two primary areas of expertise: 1) Expert Testimony; and 2) Corporate Advisory - operating companies either distressed or growing. Within the context of each discipline, the firm provides valuation services, operational expertise, damages, intellectual property services, and other related services.

As an expert witness, Mr. Jones differentiates himself from most other experts by bringing 25 years of market expertise in transactions, valuation, and operations to the courtroom.

**Employee compensation valuation and structuring expertise:**

*Employee Stock Ownership Plans (ESPO)*
- Provide feasibility related to the formation of an Employee Stock Ownership Plan (ESOP)
- Provide valuation and fairness opinions related to the leveraged purchase of a minority interest in the equity of the subject company
- Provide periodic updates to Trustee with estimates of value for share redemption purposes
- Provide estimates of Repurchase Liability

*Non-Cash Employee Compensation*
- Provide value of Equity Compensation including common, preferred, options and warrants, for financial reporting (ASC718) and income tax reporting (IRC 409A)
- Provide value of Contingent Consideration related to retained equity interest and non-linear performance-related

Exhibit 1 Page 7

post-transaction payouts for financial reporting purposes (ASC805)

**Background:**

Mr. Jones is an alumnus of Arthur Andersen and PricewaterhouseCoopers. In addition, he has held senior management positions both globally and nationally at two publicly traded companies. He has vast experience consulting with middle market and Fortune 500 companies, national and international law firms, financial institutions, and private equity and hedge funds. His work spans an array of assignments including commercial damages studies, valuation of enterprises, patent infringement studies, intellectual property valuation, transactional valuation, mark-to-market and mark-to-model valuations under SFAS 157, ESOP, fairness opinions, and business enterprise valuations. He has served on the global Fairness Opinion Committee in a registered broker dealer of a public company.

Mr. Jones has served as a consultant and expert witness on various commercial damages and some of the largest corporate restructurings and related engagements. He has also served as a financial and economic consultant and expert on numerous occasions on many high-profile engagements in the US (superior, federal and bankruptcy) and the International Chamber of Commerce (ICC) in Europe.

**Major Publications and Recent Industry Presentations:**

- Co-authored: Chapter 5 of *Standards of Valuation – Theory and Application (2006) Pratt & Fishman;*

Exhibit 1 Page 8

- Authored: Chapter 17 of the Practitioners Publishing Company (PPC), 2003 *Guide to Business Valuations, Valuation of Intangible Assets* – Fishman.

- Co-authored: Comments on the National Oceanic and Atmospheric

Administration's *(NOAA) Notice of Proposed Rule Making (NRDA) issued*

*August 3, 1995*, Dr. Louis L. Wilde and Dr. Jack Williamson.

- Served six years on the Steering Committee for The Appraisal Foundation's (TAF) *Valuation for Financial Reporting* subcommittee – Providing thought leadership white papers to the valuation industry, the SEC, the FASB, and the PCAOB on valuation related issues.

- Panel Moderator at the Rothstein Kass & Co's 2009 annual *Hedge Fund and Alternative Investment Summit 2009, Alternative Investment Valuations; SFAS 157*.

- Presentation to the Licensing Executive Society – San Diego, 2010, *Valuation Of IP; Banks, Auditors, Markets and Litigation*.

- Presentation – San Diego State University Entrepreneurial Management Center - *Succession or Sale: Hear from the experts on how to negotiate, sell or transfer the business* (Co Presenters - Margaret Fischer; Susan Snow; Bill Super, CPA; Stuart Sorensen, Esq.).

- January 2013 - Conducted *The 3C Economic Advisors 2012 Daubert Motions to Exclude Damages Experts Study*

Exhibit 1 Page 9

- Presentation - Los Angeles Intellectual Property Law Association for the March 2013 monthly meetings presented *Recent Significant Damages Opinions and Trends in Daubert Rulings* (Co-presenters: David H. Ben-Meir – Alston + Bird and Ellisen S. Turner – Irell & Manella).

- Presentation – San Diego Intellectual Property Law Association for the March 2013 monthly meetings presented *Recent Significant Damages Opinions and Trends in Daubert Rulings.*

- Presentation – February 11, 2014 The North County Estate & Gift Counsel, San Diego – *Business Exit Planning "Getting the Business Ready for Sale – Building Value through M&A"* Panelists: Barbara Wight, CFO Taylor Guitar; Kurt Kicklighter, partner McKenna Long Aldrige LLC; David Luvisa, Managing Director Hunter Wise. (

- Thought Leadership Study – *March 2014 Trends in Patent Infringement Litigation.* Six years (2008 – 2013) of analysis on trends in filings, awards, injunctions, TROs and other data.

- (**Associations:** (Mr. Jones is a member of the American Society of Appraisers. He served six years as a committee member of the Appraisal Foundation's (TAF) subcommittee *Best Practices in Financial Reporting*. The TAF is a nonprofit funded by the US Congress to evaluate valuation issues in the United States primarily for public companies who are SEC registrants. He is also is a member of the Appraisal Issues Task Force (AITF). He received his BS in Finance from San Diego State University.

Exhibit 1 Page 10