CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.
SULLIVAN HILL REZ & ENGEL, A Professional Law Corporation
 James P. Hill (SBN 90478)/Gary B. Rudolph (SBN 101921)
600 B Street, Suite 1700
San Diego, CA  92101
Tel.: (619) 233-4100       Fax:  (619) 231-4372
Proposed Attorneys for Ronald E. Stadtmueller, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
INTEGRATEDMARKETING.COM, dba RONI HICKS & ASSOCIATES,
                                                         Debtor,

BANKRUPTCY NO. 19-04688-CL7

ADVERSARY NO.

                                                         Plaintiff(s)

v.

                                                         Defendant(s)

**PROOF OF SERVICE**

I, Liz James                          am a resident of the State of California, over the age of 18 years, and not a party to this action.

On  February 21, 2020         , I served the following documents:

- **AMENDED EX PARTE APPLICATION BY RONALD E. STADTMUELLER, CHAPTER 7 TRUSTEE, TO EMPLOY STEPHEN C. JONES, AS EXPERT WITNESS;**
- **AMENDED DECLARATION OF STEPHEN C. JONES IN SUPPORT OF EX PARTE APPLICATION BY RONALD E. STADTMUELLER, CHAPTER 7 TRUSTEE, TO EMPLOY STEPHEN C. JONES, AS EXPERT WITNESS; and**
- **PROOF OF SERVICE**

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

   Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On    February 21, 2020   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

   - Kathleen A. Cashman-Kramer   Cashman-Kramer@Sullivanhill.com, kathylaw@san.rr.com;Rudolph@sullivanhill.com;hill@sullivanhill.com;bkstaff@sullivanhill.com;Rudolph@ecf.inforuptcy.com;cashman-kramer@ecf.inforuptcy.com
   - Martin A. Eliopulos    elio@higgslaw.com, kimbled@higgslaw.com
   - William P. Fennell    william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;office@fennelllaw.com;wpf@ecf.courtdrive.com;mblackburnjoniaux@fennelllaw.com;charles.bethel@fennelllaw.com;tiffany.zappelli@fennelllaw.com
   - R. Gibson Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com
   - Ronald Peterson    rpeterson@jenner.com, ASwingle@jenner.com;MRoot@Jenner.com;PJacobs@jenner.com;CRillo@Jenner.com
   - Gary B. Rudolph    rudolph@sullivanhill.com, hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com
   - Maggie Schroedter    schroedterm@higgslaw.com, kimbled@higgslaw.com
   - Leslie Skorheim    leslie.skorheim@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov,abram.s.feuerstein@usdoj.gov
   - Ronald E. Stadtmueller    ecfstadt@aol.com, res@trustesolutions.net;ecfstadt2@aol.com
   - Todd C. Toral    ttoral@jenner.com, ELamm@jenner.com
   - United States Trustee    ustp.region15@usdoj.gov

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail:**

On  February 21, 2020  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

**Dan McAllister**
Treasurer-Tax Collector
1600 Pacific Hwy Room 162
Attn: Bankruptcy Desk
San Diego, CA 92101

**Squar Milner LLP**
3655 Nobel Drive
Suite 300
San Diego, CA 92122

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on  February 21, 2020  , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

**United States Trustee - ustp.region15sop@usdoj.gov**

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  February 21, 2020
(Date)

Liz James /s/Liz James
(Typed Name and Signature)

600 B Street, Suite 1700
(Address)

San Diego, CA  92101
(City, State, ZIP Code)

CSD 3010