**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

SULLIVAN HILL REZ & ENGEL, APLC
 James P. Hill, SBN 90478 | Gary B. Rudolph, SBN 101921
600 B Street, Suite 1700, San Diego, California 92101
Telephone: (619) 233-4100 | Fax Number: (619) 231-4372
Attorneys for Ronald E. Stadtmueller, Chapter 7 Trustee

Order Entered on
March 3, 2020
by Clerk U.S. Bankruptcy Court
Southern District of California

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re INTEGRATEDMARKETING.COM dba RONI HICKS & ASSOCIATES

Debtor.

BANKRUPTCY NO. 19-04688-CL7

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Hon. Christopher B. Latham

## ORDER
**GRANTING AMENDED EX PARTE APPLICATION OF RONALD E. STADTMUELLER, CHAPTER 7 TRUSTEE, TO EMPLOY STEPHEN C. JONES, AS EXPERT WITNESS**

jrm

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 172.

//
//
//
//
//
//
//

DATED: March 3, 2020

Judge, United States Bankruptcy Court

CSD 1001A [07/01/18]                                                                                                      Page **2** of **2**

| ORDER GRANTING AMENDED EX PARTE APPLICATION OF RONALD E. STADTMUELLER, CHAPTER 7 TRUSTEE, TO EMPLOY STEPHEN C. JONES, AS EXPERT WITNESS | jrm |
| DEBTOR: INTEGRATEDMARKETING.COM dba RONI HICKS & ASSOCIATES           CASE NO: 19-04688-CL7 | jrm |

The Court having reviewed the Ex Parte Application of Ronald E. Stadtmueller, Chapter 7 Trustee, to Employ Stephen C. Jones, as Expert Witness ("Ex Parte Application") in the above-entitled case, notice being proper and good cause appearing therefor,

1. Pursuant to 11 U.S.C. §327(a) the Trustee's Ex Parte Application to Employ Stephen C. Jones as Expert Witness to perform the services and on the terms outlined in the Ex Parte Application is approved effective December 10, 2019 and the Trustee is authorized to employ Stephen C. Jones.

2. The requirement for a retainer agreement between the Trustee and Stephen C. Jones pursuant to LBR 2014-1(d) is waived.

3. At the conclusion of his service, Jones will present a final fee application, upon notice to creditors and parties in interest, for approval of all fees and costs he incurred. No cash collateral of First American Bank will be used to pay Jones without the bank's consent and a court order.

4. No fees or costs will be paid to Stephen C. Jones without prior court order.

IT IS SO ORDERED.


APPROVED AS TO FORM AND CONTENT
Office of United States Trustee

By:  /s/ Leslie Skorheim
     Leslie Skorheim, Trial Attorney


CSD 1001A

Signed by Judge Christopher B. Latham March 3, 2020