# Notice Recipients

| District/Off: 0974–3 | User: Admin. | Date Created: 3/3/2020 |
|---|---|---|
| Case: 19–04688–CL7 | Form ID: pdfO4 | Total: 14 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustp.region15@usdoj.gov |
| tr | Ronald E. Stadtmueller | ecfstadt@aol.com |
| aty | Gary B. Rudolph | rudolph@sullivanhill.com |
| aty | Leslie Skorheim | leslie.skorheim@usdoj.gov |
| aty | Maggie Schroedter | schroedterm@higgslaw.com |
| aty | Martin A. Eliopulos | elio@higgslaw.com |
| aty | R. Gibson Pagter, Jr. | gibson@ppilawyers.com |
| aty | Ronald Peterson | rpeterson@jenner.com |
| aty | Todd C. Toral | ttoral@jenner.com |
| aty | William P. Fennell | william.fennell@fennelllaw.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
- db    INTEGRATEDMARKETING.COM    10590 West Ocean Air Drive #150    San Diego, CA 92130
- acc    Squar Milner LLP    San Diego    3655 Nobel Drive    Suite 300    San Diego, CA 92122 UNITED STATES
- pty    Dan McAllister    Treasurer–Tax Collector    1600 Pacific Hwy Room 162    Attn: Bankruptcy Desk    San Diego, CA 92101
- cr    UTC Properties, LLC    c/o R. Gibson Pagter, Jr.    PAGTER AND PERRY ISAACSON    525 N. Cabrillo Park Drive, Suite 104    Santa Ana, CA 92701

TOTAL: 4