SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Gary B. Rudolph, SBN 101921
  Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Suite 1700
San Diego, California 92101
Telephone:  (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Ronald E. Stadtmueller, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>INTEGRATEDMARKETING.COM,<br>dba RONI HICKS & ASSOCIATES,<br><br>　　　　　Debtor. | Case No.  19-04688-CL7<br><br>Chapter 7<br><br>**STIPULATION TO AUTHORIZE TRUSTEE'S CONDUCT OF A 2004 EXAMINATION OF PARTY IN INTEREST, AARON SMITH**<br><br>Dept.: 5<br>Judge: Hon. Christopher B. Latham |

STIPULATION TO CONDUCT 2004 EXAMINATION

　　　Ronald E. Stadtmueller, Chapter 7 Trustee, through his counsel, Sullivan Hill Rez & Engel, by Gary B. Rudolph, Esq., and Party in Interest, Aaron Smith, through his counsel, Alan Vanderhoff, Esq., hereby stipulate and agree that Trustee can conduct a 2004 Examination of A Party in Interest, Aaron Smith, by Zoom or some other remote method, on January 20, 2021 at 10:00 a.m.  The examination will be

415662-v2                                                   - 1 -

recorded by a certified court reporter and will continue day to day until complete, not to exceed 7 hours for the total examination.

| | |
|---|---|
| Dated: January 7, 2021 | SULLIVAN HILL REZ & ENGEL<br>A Professional Law Corporation<br><br>By:  /s/Gary B. Rudolph<br>     James P. Hill<br>     Gary B. Rudolph<br>     Kathleen A. Cashman-Kramer<br>     Attorneys for Ronald E. Stadtmueller,<br>     Chapter 7 Trustee |
| Dated: January 7, 2021 | VANDERHOFF LAW GROUP<br><br>By:  /s/Alan Vanderhoff<br>     Alan Vanderhoff, Esq.<br>     Attorneys for Aaron Smith |

415662-v2

- 2 -