CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.
SULLIVAN HILL REZ & ENGEL, A Professional Law Corporation
  James P. Hill, SBN 90478
  Gary B. Rudolph, SBN 101921
  Kathleen A. Cashman-Kramer, SBN
600 B Street, Suite 1700
San Diego, CA  92101
Tel.: (619) 233-4100         Fax:  (619) 231-4372
Attorneys for Ronald E. Stadtmueller, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
INTEGRATEDMARKETING.COM, dba RONI HICKS & ASSOCIATES,

Debtor,

BANKRUPTCY NO. 19-04688-CL7

Plaintiff(s)

v.

Defendant(s)

**PROOF OF SERVICE**

I, Liz James, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On January 7, 2021, I served the following documents:

- **Stipulation to Authorize Trustee's Conduct of a 2004 Examination of Party In Interest, Aaron Smith; and**
- **Proof of Service.**

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On January 7, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

- Kathleen A. Cashman-Kramer    Cashman-Kramer@Sullivanhill.com, kathylaw@san.rr.com;Rudolph@sullivanhill.com;hill@sullivanhill.com;bkstaff@sullivanhill.com;Rudolph@ecf.inforuptcy.com;cashman-kramer@ecf.inforuptcy.com
- Martin A. Eliopulos     elio@higgslaw.com, kimbled@higgslaw.com
- William P. Fennell     william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;office@fennelllaw.com;wpf@ecf.courtdrive.com;mblackburnjoniaux@fennelllaw.com;tiffany.zappelli@fennelllaw.com
- Gaye N. Heck    gheck@bbslaw.com
- Chelsea R. Mikula     chelsea.mikula@tuckerellis.com, bethany.mackay@tuckerellis.com
- R. Gibson Pagter     gibson@ppilawyers.com, ecf@ppilawyers.com
- Ronald Peterson    rpeterson@jenner.com, ASwingle@jenner.com;MRoot@Jenner.com;PJacobs@jenner.com;CRillo@Jenner.com
- Gary B. Rudolph    rudolph@sullivanhill.com, hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com
- Maggie Schroedter    schroedterm@higgslaw.com, kimbled@higgslaw.com
- Leslie Skorheim    leslie.skorheim@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov,abram.s.feuerstein@usdoj.gov
- Ronald E. Stadtmueller     ecfstadt@aol.com, res@trustesolutions.net;ecfstadt2@aol.com
- Mark Eugene Terman     mark.terman@faegredrinker.com, cesar.ibanez@faegredrinker.com,docketgeneral@faegredrinker.com,timothy.casey@faegredrinker.com
- Todd C. Toral     ttoral@jenner.com, ELamm@jenner.com
- United States Trustee    ustp.region15@usdoj.gov

CSD 3010

2. **Served by United States Mail**:

On  January 7, 2021  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

| Law Office of Robert J. Kolodny, APC (fka Kolodny & Pressman LLP) 1335 Camino Del Mar Del Mar, CA 92014 | Dan McAllister Treasurer-Tax Collector 1600 Pacific Hwy Room 162 Attn: Bankruptcy Desk San Diego, CA 92101 | Gene T. Peterson 1869 Guilder Gln Escondido, CA 92029 |
|---|---|---|
| Squar Milner LLP San Diego 3655 Nobel Drive Suite 300 San Diego, CA 92122 | | |

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  January 7, 2021  
(Date)

Liz James */s/Liz James*  
(Typed Name and Signature)

600 B Street, Suite 1700  
(Address)

San Diego, CA  92101  
(City, State, ZIP Code)

CSD 3010