CSD 1181 [07/01/18]
Name, Address, Telephone No. & I.D. No.

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
James P. Hill, SBN 90478/Gary B. Rudolph, SBN 101921
600 B Street, Suite 1700 San Diego, California 92101
Telephone: (619) 233-4100/Fax Number: (619) 231-4372
Attorneys for Ronald E. Stadtmueller,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

**INTEGRATEDMARKETING.COM**

BANKRUPTCY NO. 19-04688-CL7

Tax I.D.(EIN)#: ___ /S.S.#:XXX-XX- ___     Debtor.

## NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on <u>February 22, 2021</u>, at <u>10:00 a</u>.m., in Department <u>5</u>, Room <u>318</u>, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motions of <u>Sullivan Hill Rez & Engel, APLC, Counsel for Ronald E. Stadtmueller, Chapter 7 Trustee; Ronald E. Stadtmueller, Chapter 7 Trustee; and Baker Tilly US LLP fka Squar Milner, LLP, Accountant for Ronald E. Stadtmueller, Chapter 7 Trustee</u> for [check the appropriate box]:

☒ Allowance of interim compensation and reimbursement of expenses of professionals as provided in Exhibit "A" [information required by FRBP 2002(c)(2)];

| Applicant | Fees | Costs |
|---|---|---|
| Sullivan Hill Rez & Engel, APLC, Counsel for Chapter 7 Trustee, Ronald E. Stadtmueller<br>November 5, 2019 – September 30, 2020<br>First Interim Fee Application | $225,572 | $2,670.54 |
| Ronald E. Stadtmueller, Chapter 7 Trustee<br>November 4, 2019 – January 15, 2021<br>First Interim Fee Application | $40,394.57 | $1,139.75 |
| Baker Tilly US LLP fka Squar Milner, LLP, Accountant for Ronald E. Stadtmueller, Chapter 7 Trustee<br>November 6, 2019 through December 31, 2020<br>First Interim Fee Application | $67,893.00 | $159.86 |

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than fourteen (14)[1]days from the date of service.**

SULLIVAN HILL REZ & ENGEL, A Professional Law Corporation

DATED: January 25, 2021

/s/Gary B. Rudolph
Gary B. Rudolph, Esq., Attorney for Ronald E. Stadtmueller, Chapter 7 Trustee

---

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1181

416105-v1

CSD 1181 (Page 2) [07/01/18]

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the 25th day of January, 2021, I served a true copy of the within NOTICE OF MOTION AND HEARING on the following persons by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On January 25, 2021 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Kathleen A. Cashman-Kramer Cashman-Kramer@Sullivanhill.com, kathylaw@san.rr.com;Rudolph@sullivanhill.com;hill@sullivanhill.com;bkstaff@sullivanhill.com;Rudolph@ecf.inforuptcy.com;cashmankramer@ecf.inforuptcy.com
- Martin A. Eliopulos elio@higgslaw.com, kimbled@higgslaw.com
- William P. Fennell william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;office@fennelllaw.com;wpf@ecf.courtdrive.com;mblackburnjoniaux@fennelllaw.com;tiffany.zappelli@fennelllaw.com
- Gaye N. Heck gheck@bbslaw.com
- Chelsea R. Mikula chelsea.mikula@tuckerellis.com, bethany.mackay@tuckerellis.com
- R. Gibson Pagter gibson@ppilawyers.com, ecf@ppilawyers.com
- Ronald Peterson rpeterson@jenner.com, ASwingle@jenner.com;MRoot@Jenner.com;PJacobs@jenner.com;CRillo@Jenner.com
- Gary B. Rudolph rudolph@sullivanhill.com, hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com
- Maggie Schroedter schroedterm@higgslaw.com, kimbled@higgslaw.com
- Leslie Skorheim leslie.skorheim@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov,abram.s.feuerstein@usdoj.gov
- Ronald E. Stadtmueller ecfstadt@aol.com, res@trustesolutions.net;ecfstadt2@aol.com
- Mark Eugene Terman mark.terman@faegredrinker.com, cesar.ibanez@faegredrinker.com,docketgeneral@faegredrinker.com,timothy.casey@faegredrinker.com
- Todd C. Toral ttoral@jenner.com, ELamm@jenner.com,docketing@jenner.com,1703670420@filings.docketbird.com
- United States Trustee ustp.region15@usdoj.gov

| ☐ | For Chpt. 7, 11, & 12 cases:<br>UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | ☐ | For ODD numbered Chapter 13 cases:<br>THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com | ☐ | For EVEN numbered Chapter 13 cases:<br>DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

416105-v1

CSD 1181

2. **Served by United States Mail**:

On January 25, 2021 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Law Office of Robert J. Kolodny, APC
(fka Kolodny & Pressman LLP)
1335 Camino Del Mar
Del Mar, CA 92014

Dan McAllister
Treasurer-Tax Collector
1600 Pacific Hwy Room 162
Attn: Bankruptcy Desk
San Diego, CA 92101

Gene T. Peterson
1869 Guilder Gln
Escondido, CA 92029

Squar Milner LLP
San Diego
3655 Nobel Drive
Suite 300
San Diego, CA 92122

***SEE ATTACHED SERVICE LIST***

CSD 1181 (Page 4) [07/01/18]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐ Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on       January 25, 2021                    Laurel Dinkins /s/Laurel Dinkins
                          (Date)                                              (Typed Name and Signature)

                                                                                600 B Street, Suite 1700
                                                                                (Address)

                                                                                San Diego, CA 92101
                                                                                (City, State ZIP Code)

416105-v1

CSD 1181

# EXHIBIT A

APPLICANT _____ , REPRESENTING [Name & Title]_____

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM \_\_\_to\_\_\_ | | | | | | | |
| 2ND INTERIM \_\_\_to\_\_\_ | | | | | | | |
| 3RD INTERIM \_\_\_to\_\_\_ | | | | | | | |
| 4TH INTERIM \_\_\_to\_\_\_ | | | | | | | |
| TOTALS: | | | | | | | |

APPLICANT _____ , REPRESENTING [Name & Title]_____

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[2] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM \_\_\_to\_\_\_ | | | | | | | |
| 2ND INTERIM \_\_\_to\_\_\_ | | | | | | | |
| 3RD INTERIM \_\_\_to\_\_\_ | | | | | | | |
| 4TH INTERIM \_\_\_to\_\_\_ | | | | | | | |
| TOTALS: | | | | | | | |

---

[1]Please provide an explanation for this disallowance.
[2]Please provide an explanation for this disallowance.

APPLICANT  Baker Tilly US LLP fka Squar Milner LLP  , REPRESENTING [Name & Title] Accountant for Ronald E. Stadtmueller, Chapter 7 Trustee

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 11/6/2019 to 12/31/20 | 67,893.00 | | | | | 159.86 | |
| 2ND INTERIM ___ to ___ | | | | | | | |
| 3RD INTERIM ___ to ___ | | | | | | | |
| 4TH INTERIM ___ to ___ | | | | | | | |
| TOTALS: | 67,893.00 | 0.00 | 0.00 | 0.00 | 0.00 | 159.86 | 0.00 |

APPLICANT  _____ , REPRESENTING [Name & Title] _____

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[2] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM ___ to ___ | | | | | | | |
| 2ND INTERIM ___ to ___ | | | | | | | |
| 3RD INTERIM ___ to ___ | | | | | | | |
| 4TH INTERIM ___ to ___ | | | | | | | |
| TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

---

[1] Please provide an explanation for this disallowance.
[2] Please provide an explanation for this disallowance.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0974-3<br>Case 19-04688-CL7<br>Southern District of California<br>San Diego<br>Fri Jan 22 14:33:03 PST 2021 | INTEGRATEDMARKETING.COM<br>10590 West Ocean Air Drive #150<br>San Diego, CA 92130-4678 | Lawe Office of Robert J. Kolodny, APC<br>(fka Kolodny & Pressman LLP)<br>1335 Camino Del Mar<br>Del Mar, CA 92014-2507 |
| Squar Milner LLP<br>San Diego<br>3655 Nobel Drive<br>Suite 300<br>San Diego, CA 92122-1050 | UTC Properties, LLC<br>c/o R. Gibson Pagter, Jr.<br>PAGTER AND PERRY ISAACSON<br>525 N. Cabrillo Park Drive, Suite 104<br>Santa Ana, CA 92701-5017 | United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 |
| U.S. Bankruptcy Court<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101-6991 | Aaron Smith<br>12954 Carmel Creek Road, Unit 115<br>San Diego, CA 92130-3109 | Aaron Smith<br>5603 Avenida Del Parque<br>Rancho Santa Fe, CA 92091-4353 |
| American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 | American Express<br>Customer Service<br>PO Box 981535<br>El Paso, TX 79998-1535 | American Express Travel Related Services Com<br>Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Amy Vulpio, Esq.<br>White and Williams LLP<br>1650 Market Street, Suite 1800<br>Philadelphia, PA 19103-7304 | Anthead Digital, LLC<br>7465 Salizar Street<br>San Diego, CA 92111-3534 | Ari Wells<br>3575 Caminito El Rincon<br>Unit 213<br>San Diego, CA 92130-3522 |
| Arizona Republic<br>PO Box 677595<br>Dallas, TX 75267-7595 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | Bay Area News Group<br>PO Box 65230<br>Colorado Springs, CO 80962-5230 |
| Benefit Concepts<br>Attn: Dave Weinstock<br>57 W. 38th Str., 3rd Flr, RM 302<br>New York, NY 10018-1903 | Brian Hector, Esq.<br>Morgan, Lewis & Bockius LLP<br>77 West Wacker Drive<br>Chicago, IL 60601-5094 | Brookfield Residential LP<br>4906 Richard Road Southwest<br>Calgary, AB T3E 6L1<br>Canada |
| Builder Digital Experience LLC<br>PO Box 202747<br>Dallas, TX 75320-2747 | California Bank & Trust<br>1875 South Redwood Rd.<br>Salt Lake City, UT 84104-5112 | California Bank & Trust<br>PO Box 25787<br>Salt Lake City, UT 84125-0787 |
| California Bank & Trust<br>PO Box 30833<br>Salt Lake City, UT 84130-0833 | California Department of Tax and<br>Fee Administration<br>Special Operations Branch, MIC:55<br>PO Box 942879<br>Sacramento, CA 94279-0055 | Chantal Gordon-Benoit<br>34211-1/2 Atwater Avenue<br>Los Angeles, CA 90039 |
| Christopher Rillo, Esq.<br>Jenner & Block LLP<br>633 West 5th St., #3600<br>Los Angeles, CA 90071-2091 | Clear Channel Outdoor<br>PO Box 742025<br>Los Angeles, CA 90074-2025 | Colonial Life<br>PO Box 1365<br>Columbia, SC 29202-1365 |

Dan McAllister
Treasurer, Tax Collector
San Diego County Treasurer
1600 Pacific Highway, Room 162
San Diego, CA 92101-2477

Daniel P. Velocci-
Iannitelli Marcolini, P.C.
5353 North 16th, Suite 315
Phoenix, AZ 85016-3227

Diane Gaynor McCue
2901 Amigo Drive
Lake Havasu City, AZ 86404-2105

Diane Lori Gaynor McCue
2901 Amigo Drive
Lake Havasu City, AZ 86404-2105

Ellen Wong
12562 Caminito Mira Del Mar
San Diego, CA 92130-2387

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

First American Bank
700 Busse Road
Elk Grove Village, IL 60007-2133

First American Bank
Attn:  Jamie M. Walrack, VP
1650 Louis Avenue
Elk Grove Village, IL 60007-2350

Geoffrey M. Miller,
Dentons US LLP
233 S. Wacker Dr., Suite 5900
Chicago, IL 60606-6404

George Stephanos
4189 Lochlomond St.
San Diego, CA 92111-3625

Google, Inc.
1600 Amphitheatre Pkwy
Mountain View, CA 94043-1351

Howard J. Levine, Esq.
Drinker Biddle & Reath LLP
191 N. Wacker Drive, #3700
Chicago, IL 60606-1698

IHP Capital Partners
Attn: Legal Dept.
100 Bayview Circle, Suite 2000
Newport Beach, CA 92660-8907

IHP Capital Partners
Attn: Peter Bridges, AICP
6540 Lonetree Blvd., Suite 200
Rocklin, CA 95765-6006

Ian Monteyro
930 Via Mil Cumbres #39
Solana Beach, CA 92075-1703

Infinisource Benefit Services
15 E. Washington St
PO Box 889
Coldwater, MI 49036-0889

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

James Martin Dalgleish
350 Nutmeg St. #302
San Diego, CA 92103-6267

Jamie M. Walrack, First VP
First American Bank
1650 Louis Avenue
Elk Grove Village, IL 60007-2350

Jane C Wheeler
c/o Mark E Terman, Faegre Drinker
1800 Century Park East, Ste 1500
Los Angeles CA 90067-1504

Jane Carey Wheeler
1206 Caminito Graciela
Encinitas, CA 92024-7002

Jane Wheeler
1206 Caminito Graciela
Encinitas, CA 92024-7002

Janis Strockis
5213 Sandhill Terrace
San Diego, CA 92130-3705

Jason McGuiness
6539 Radio Dr
San Diego, CA 92114-2022

Jo DePiano
9383 Adolphia Street
San Diego, CA 92129-3556

John Durant
c/o Burns the Attorney
3911 Cleveland Ave. #635247
San Diego, CA 92163-7136

Justine Stephanos
4189 Lochlomond St
San Diego, CA 92111-3625

Kaitlin Krzyminski
3880 Florida St. #16
San Diego, CA 92104-6423

Kathleen Hennessey-Gannett Co Inc
Law Dept
7950 Jones Branch DR
McLean, VA 22107-0002

Kellie Christensen
8270 Avenida Navidad #2
San Diego, CA 92122-4454

| | | |
|---|---|---|
| Kolodny & Pressman<br>1335 Camino del Mar<br>Del Mar, CA 92014-2507 | Larry A. Goldberg, Esq.<br>ESOP Law Group<br>244 California Street, #300<br>San Francisco, CA 94111-4311 | Martin A. Eliopulos, Esq.<br>HIGGS FLETCHER & MACK LLP<br>401 West A Street, Suite 260<br>San Diego, CA 92101-7900 |
| Martin Eliopulos, Esq.<br>Higgs Fletcher & Mack LLP<br>401 West A Street #2600<br>San Diego, CA 92101-7913 | Megan Harnal<br>3723 69th Street<br>La Mesa, CA 91941-7402 | Melcor Developments Ltd<br>900, 10310 Jasper Avenue NW<br>Edmonton, AB T5J 1Y8<br>Canada |
| Microsoft Corporation<br>Fox Rothschild LLP<br>Attn David P. Papiez<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1192 | Microsoft Online, Inc.<br>6100 Neil Road, Suite 100<br>Reno, NV 89511-1137 | Miguel Paredes<br>ESOP Trustee<br>100 N. Barranca St., Suite 870<br>West Covina, CA 91791-1663 |
| NASH Cascadia Verde, LLC<br>c/o Higgs Fletcher & Mack LLP<br>Attn: Maggie E. Schroedter<br>401 West A Street, Suite 2600<br>San Diego, CA 92101-7913 | NASH Eagle Ridge, LLC<br>c/o Higgs Fletcher & Mack LLP<br>Attn: Maggie E. Schroedter<br>401 West A Street, Suite 2600<br>San Diego, CA 92101-7913 | NASH Rancho Hills, LLC<br>c/o Higgs Fletcher & Mack LLP<br>Attn: Maggie E. Schroedter<br>401 West A Street, Suite 2600<br>San Diego, CA 92101-7913 |
| NASH Sweetwater, LLC<br>c/o Higgs Fletcher & Mack LLP<br>Attn: Maggie E. Schroedter<br>401 West A Street, Suite 2600<br>San Diego, CA 92101-7913 | NNP III-Estrella Mountain Ranch, LLC<br>c/o Higgs Fletcher & Mack LLP<br>Attn: Maggie E. Schroedter<br>401 West A Street, Suite 2600<br>San Diego, CA 92101-7913 | NetFortris<br>5601 6th Avenue S., Suite 201<br>Seattle, WA 98108-2544 |
| New Homes Directory.com<br>39977 Savanna Way<br>Murrieta, CA 92563-4395 | Newland Real Estate Group LLC<br>4790 Eastgate Mall, Suite 150<br>San Diego, CA 92121-2061 | Office of the United States Trustee<br>880 Front Street, Suite 3230<br>San Diego, CA 92101-8897 |
| Outdoor Promotions of<br>Colorado LLC<br>5100 College Ave., Suite A<br>Fort Collins, CO 80525-3804 | Outfront<br>185 US Highway 46<br>Fairfield, NJ 07004-2321 | Principal Life Group<br>PO Box 10372<br>Des Moines, IA 50306-0372 |
| Prudential Fiduciary Serv. LLC<br>100 N. Barranca St., Ste. 870<br>West Covina, CA 91791-1663 | Ronald R. Peterson Esq<br>JENNER & BLOCK LLP<br>353 N Clark Street<br>Chicago IL 60654-5474 | Ronald R. Peterson, Esq.<br>Jenner & Block LLP<br>353 North Clark Street<br>Chicago, IL 60654-5474 |
| San Diego County Treasurer<br>Tax Collector<br>1600 Pacific Hwy, Room 162<br>San Diego, CA 92101-2474 | San Diego County Treasurer-Tax Collector<br>Attn: Bankruptcy Desk<br>1600 Pacific Highway Room 162<br>San Diego CA 92101-2477 | Shahrzad Newton<br>12552 Caminito Mira Del Mar<br>San Diego, CA 92130-2387 |
| Shane Jacobson<br>96 W 2700 S.<br>Bountiful, UT 84010-6443 | Sharp Business Systems<br>8670 Argent Street<br>Santee, CA 92071-4172 | Sheila Berner<br>15753 Brandiron St<br>Ramona, CA 92065-7416 |

| | | |
|---|---|---|
| Sienna Hill<br>4928 Angeles Crest Hwy<br>La Canada, CA 91011-2314 | Site Impact, LLC<br>6119 Lyons Road<br>Coconut Creek, FL 33073-4740 | Sorrento Valley Storage<br>10531 Sorrento Valley Road<br>San Diego, CA 92121-1608 |
| Stackadapt Inc.<br>210 King Street East, Ste. 500<br>Toronto, ON M5A 1J7<br>Canada | Stacy Elledge Chiang, CPA/CFF, CIRA<br>Squar Milner LLP<br>3655 Nobel Drive, Suite 300<br>San Diego, CA 92122-1050 | Stephen F McCue<br>c/o Mark E Terman, Faegre Drinker<br>1800 Century Park East, Ste 1500<br>Los Angeles CA 90067-1504 |
| Stephen W Wheeler<br>c/o Mark E Terman, Faegre Drinker<br>1800 Century Park East, Ste 1500<br>Los Angeles CA 90067-1504 | Stephen W. Wheeler<br>1206 Caminito Graciela<br>Encinitas, CA 92024-7002 | Steve Greenapple<br>Steiker, Greenapple and Fusco<br>100 East Hanover Avenue #404<br>Cedar Knolls, NJ 07927-2020 |
| Steven F. McCue<br>2901 Amigo Drive<br>Lake Havasu City, AZ 86404-2105 | TST Ink<br>1042 N. El Camino Real<br>Suite B-126<br>Encinitas, CA 92024-1322 | Texas Workforce Commission<br>Office of Attorney General<br>Bankruptcy & Collections Div.<br>PO Box 12548, MC-008<br>Austin, TX 78711-2548 |
| The Irvine Company LLC<br>Attn: Sr. VP, Property Operati<br>550 Newport Center Drive<br>Newport Beach, CA 92660-7010 | Tina Stephanos<br>4189 Lochlomond St.<br>San Diego, CA 92111-3625 | Todd C Toral Esq<br>Christopher J Rillo Esq<br>JENNIFER & BLOCK LLP<br>633 West 5th Street Suite 3600<br>Los Angeles, CA 90071-2091 |
| Todd C. Toral, Esq.<br>JENNER & BLOCK LLP<br>633 West 5th Street Suite 3600<br>Los Angeles, CA 90071-2091 | Todd Ochsner<br>2810 McPherson Street<br>Waxhaw, NC 28173-6426 | Touchstone Development Inc.<br>Touchstone Communities LLC<br>9909 Mira Mesa Blvd, Suite 150<br>San Diego, CA 92131-1072 |
| UTC Properties LLC<br>Attn:  Property Manager<br>9191 Towne Center Dr., #125<br>San Diego, CA 92122-6205 | United Health Care<br>PO Box 6044<br>Cypress, CA 90630-0044 | VSP<br>PO Box 45210<br>San Francisco, CA 94145-5210 |
| Vanessa Chow<br>40241 Medford Road<br>Temecula, CA 92591-3546 | Volvo Car Financial Services US, LLC<br>c/o Weltman, Weinberg & Reis Co LPA<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131-1829 | Volvo Financial Services<br>PO Box 91300<br>Mobile, AL 36691-1300 |
| Walter c/o Zesty<br>2044 1st Ave #200<br>San Diego, CA 92101-2089 | William Coles<br>14615 Frankel Loop<br>Pflugerville, TX 78660-4860 | Zillow Group, Inc<br>c/o Sara L. Chenetz/Perkins Coie LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles CA 90067-1721 |
| Zillow Group, Inc.<br>1301 Second Avenue, Floor 31<br>Seattle, WA 98101-0003 | Zillow, Inc.<br>1301 Second Ave., Floor 31<br>Seattle, WA 98101-0003 | Dan McAllister<br>Treasurer-Tax Collector<br>1600 Pacific Hwy Room 162<br>Attn: Bankruptcy Desk<br>San Diego, CA 92101-2477 |

| | | |
|---|---|---|
| Gene T. Peterson<br>1869 Guilder Gln<br>Escondido, CA 92029-3040 | Ronald E. Stadtmueller<br>10755 Scripps Poway Pkwy., #370<br>San Diego, CA 92131-3924 | William P. Fennell<br>Law Office of William P. Fennell, APLC<br>600 West Broadway, Suite 930<br>San Diego, CA 92101-3352 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BMW Financial Services
PO Box 78103
Phoenix, AZ 85062-8103

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)First American Bank | (u)Kolodny & Pressman LLP | (u)NASH Cascadia Verde, LLC |
| (u)NASH Eagle Ridge, LLC | (u)NASH Rancho Hills, LLC | (u)NASH Sweetwater, LLC |
| (u)NNP III-Estrella Mountain Ranch, LLC | (u)Newland Real Estate Group, LLC | (u)Prudent Fiduciary Services LLC |
| (d)Ronald R. Peterson, Esq.<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-5474 | (d)Steve Greenapple<br>Steiker, Greenapple and Fusco<br>100 East Hanover Avenue, #404<br>Cedar Knolls, NJ 07927-2020 | (d)UTC Properties LLC<br>c/o R. Gibson Pagter, Jr.<br>PAGTER AND PERRY ISAACSON<br>525 N. Cabrillo Park Drive, Suite 104<br>Santa Ana, CA 92701-5017 |
| (u)Diane L. Gaynor | (u)Jane Wheeler | (u)Miguel Paredes |
| (u)Stephen W. Wheeler | (u)Steven F. McCue | End of Label Matrix<br>Mailable recipients   122<br>Bypassed recipients    17<br>Total                 139 |