AMENDED TENTATIVE RULING

ISSUED BY JUDGE CHRISTOPHER B. LATHAM

Debtor: INTEGRATEDMARKETING.COM

Number: 19-04688-CL7

Hearing: 10:00 AM  Monday, February 22, 2021

Motion: FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RONALD E. STADTMUELLER, CHAPTER 7 TRUSTEE

The court has considered Trustee Ronald A. Stadtmueller's ("Applicant") first interim application for compensation and reimbursement of expenses. Having received no objection, and good cause appearing, the court **grants** the application and **awards** $40,394.57 in fees and $1,139.75 in costs subject to final approval and possible disgorgement. The court excuses appearances at the February 22, 2021 hearing, and Applicant may submit an order consistent with this tentative ruling.