CSD 1181 [07/01/18]
Name, Address, Telephone No. & I.D. No.

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
James P. Hill, SBN 90478/Gary B. Rudolph, SBN 101921
600 B Street, Suite 1700 San Diego, California 92101
Telephone: (619) 233-4100/Fax Number: (619) 231-4372
Attorneys for Ronald E. Stadtmueller,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

**INTEGRATEDMARKETING.COM**

BANKRUPTCY NO. 19-04688-CL7

Tax I.D.(EIN)#:        /S.S.#:XXX-XX–                        Debtor .

## NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on October 25, 2021, at 10:00 a.m., in Department  5 , Room 318 , of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California  92101-6991, there will be a hearing regarding the Motions of Sullivan Hill Rez & Engel, APLC, Counsel for Ronald E. Stadtmueller, Chapter 7 Trustee; Ronald E. Stadtmueller, Chapter 7 Trustee; Baker Tilly US LLP fka Squar Milner, LLP, Accountant for Ronald E. Stadtmueller, Chapter 7 Trustee; Steven Jones, Expert Witness for Ronald E. Stadtmueller, Chapter 7 Trustee; and ESOP Law Group, Special Counsel for Ronald E. Stadtmueller, Chapter 7 Trustee ,  for [check the appropriate box]:

☒ Allowance of interim compensation and reimbursement of expenses of professionals as provided in Exhibit "A" [information required by FRBP 2002(c)(2)];

| Applicant | Fees | Costs |
|---|---|---|
| Sullivan Hill Rez & Engel, APLC,  Counsel for Chapter 7 Trustee, Ronald E. Stadtmueller<br>October 1, 2020 – August 31, 2021<br>Second Interim Fee Application | $215,326 | $3,353.44 |
| Ronald E. Stadtmueller, Chapter 7 Trustee<br>January 16, 2021 – September 9, 2021<br>Second Interim Fee Application | $22,013.73 | $91.85 |
| Baker Tilly US LLP fka Squar Milner, LLP, Accountant for Ronald E. Stadtmueller, Chapter 7 Trustee<br>January 1, 2021 – August 31, 2021<br>Second Interim Fee Application | $30,477.00 | $108.20 |
| Stephen C. Jones, Expert Witness for Ronald E. Stadtmueller, Chapter 7 Trustee<br>November 13, 2020 - September 20, 2021<br>First Interim Fee Application | $31,580.20 | $0 |
| ESOP Law Group, Special Counsel for Ronald E. Stadtmueller, Chapter 7 Trustee<br>May 24, 2021–July 31, 2021<br>First Interim Fee Application | $16,942 | $0 |

CSD 1181

420336-v1

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than fourteen (14)[1]days from the date of service.**

SULLIVAN HILL REZ & ENGEL, A Professional Law Corporation

DATED:  September 24, 2021

/s/Gary B. Rudolph
_____
Gary B. Rudolph, Esq., Attorney for Ronald E. Stadtmueller, Chapter 7 Trustee

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1181A (Page 3) [08/01/11]    [TO BE INCLUDED IN OR ATTACHED TO FEE NOTICES]

APPLICANT  Sullivan Hill Rez & Engel, APLC , REPRESENTING [Name & Title] Ronald E. Stadtmueller, Chapter 7 Trustee

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 11/5/19 to 9/30/20 | 225,572.00 | 225,572.00 | 225,572.00 | | | 2,670.54 | 2,670.54 |
| 2ND INTERIM 10/01/20 to 08/31/21 | 215,326.00 | | | | | 3,353.44 | |
| 3RD INTERIM to | | | | | | | |
| 4TH INTERIM to | | | | | | | |
| TOTALS: | 440,898.00 | 225,572.00 | 225,572.00 | 0.00 | 0.00 | 6,023.98 | 2,670.54 |

APPLICANT  Ronald E. Stadtmueller, Chapter 7 Trustee , REPRESENTING [Name & Title]

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[2] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 11/4/19 to 01/15/21 | 40,394.57 | 40,394.57 | 40,394.57 | | | 1,139.75 | 1,139.75 |
| 2ND INTERIM 1/16/21 to 9/9/21 | 22,013.73 | | | | | 91.85 | |
| 3RD INTERIM to | | | | | | | |
| 4TH INTERIM to | | | | | | | |
| TOTALS: | 62,408.30 | 40,394.57 | 40,394.57 | 0.00 | 0.00 | 1,231.60 | 1,139.75 |

[1]Please provide an explanation for this disallowance.
[2]Please provide an explanation for this disallowance.

EXHIBIT "A"

CSD 1181A    Page  1  of  3

CSD 1181A (Page 3) [08/01/11]          [TO BE INCLUDED IN OR ATTACHED TO FEE NOTICES]

APPLICANT _Baker Tilly US LLP fka Squar Milner LLP_____, REPRESENTING [Name & Title] _Accountant for Chapter 7 Trustee_

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 11/6/19 to 12/31/20 | 67,893.00 | 67,893.00 | 67,893.00 | | | 159.86 | 159.86 |
| 2ND INTERIM 01/01/21 to 08/31/21 | 30,477.00 | | | | | 108.20 | |
| 3RD INTERIM to | | | | | | | |
| 4TH INTERIM to | | | | | | | |
| TOTALS: | 98,370.00 | 67,893.00 | 67,893.00 | 0.00 | 0.00 | 268.06 | 159.86 |

APPLICANT _Steven Jones_____, REPRESENTING [Name & Title] _Expert Witness for Chapter 7 Trustee_

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[2] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 11/13/20 to 9/20/21 | 31,580.20 | | | | | | |
| 2ND INTERIM to | | | | | | | |
| 3RD INTERIM to | | | | | | | |
| 4TH INTERIM to | | | | | | | |
| TOTALS: | 31,580.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

[1]Please provide an explanation for this disallowance.
[2]Please provide an explanation for this disallowance.

EXHIBIT "A"

CSD 1181A                                              Page   2   of   3

CSD 1181A (Page 3) [08/01/11]          [TO BE INCLUDED IN OR ATTACHED TO FEE NOTICES]

APPLICANT  ESOP Law Group _____, REPRESENTING [Name & Title] Special Counsel for Chapter 7 Trustee

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 5/24/21 to 7/31/21 | 16,942.00 | | | | | 0.00 | |
| 2ND INTERIM to | | | | | | | |
| 3RD INTERIM to | | | | | | | |
| 4TH INTERIM to | | | | | | | 0.00 |
| TOTALS: | 16,942.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

APPLICANT  _____, REPRESENTING [Name & Title] _____

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[2] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM to | | | | | | | |
| 2ND INTERIM to | | | | | | | |
| 3RD INTERIM to | | | | | | | |
| 4TH INTERIM to | | | | | | | 0.00 |
| TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

[1]Please provide an explanation for this disallowance.
[2]Please provide an explanation for this disallowance.

EXHIBIT "A"

CSD 1181A                                                    Page  3  of  3

CSD 1181 (Page 2) [07/01/18]

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the 24th day of September, 2021, I served a true copy of the within NOTICE OF MOTION AND HEARING on the following persons by the mode of service shown below:

1.    **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On ___September 24, 2021___ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Kathleen A. Cashman-Kramer Cashman-Kramer@Sullivanhill.com,
kathylaw@san.rr.com;Rudolph@sullivanhill.com;hill@sullivanhill.com;bkstaff@sullivanhill.com;Rudolph@ecf.inforuptcy.com;cashmankramer@ecf.inforuptcy.com
• Martin A. Eliopulos elio@higgslaw.com, kimbled@higgslaw.com
• William P. Fennell william.fennell@fennelllaw.com,
luralene.schultz@fennelllaw.com;office@fennelllaw.com;wpf@ecf.courtdrive.com;mblackburnjoniaux@fennelllaw.com;tiffany.zappelli@fennelllaw.com
• Gaye N. Heck gheck@bbslaw.com
• Chelsea R. Mikula chelsea.mikula@tuckerellis.com, bethany.mackay@tuckerellis.com
• R. Gibson Pagter gibson@ppilawyers.com, ecf@ppilawyers.com
• Ronald Peterson rpeterson@jenner.com,
ASwingle@jenner.com;MRoot@Jenner.com;PJacobs@jenner.com;CRillo@Jenner.com
• Gary B. Rudolph rudolph@sullivanhill.com,
hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com
• Maggie Schroedter schroedterm@higgslaw.com, kimbled@higgslaw.com
• Leslie Skorheim leslie.skorheim@usdoj.gov,
USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov,abram.s.feuerstein@usdoj.gov
• Ronald E. Stadtmueller ecfstadt@aol.com, res@trustesolutions.net;ecfstadt2@aol.com
• Mark Eugene Terman mark.terman@faegredrinker.com,
cesar.ibanez@faegredrinker.com,docketgeneral@faegredrinker.com,timothy.casey@faegredrinker.com
• Todd C. Toral ttoral@jenner.com, ELamm@jenner.com,docketing@jenner.com,1703670420@filings.docketbird.com
• United States Trustee ustp.region15@usdoj.gov

| ☐ | For Chpt. 7, 11, & 12 cases: | ☐ | For ODD numbered Chapter 13 cases: | ☐ | For EVEN numbered Chapter 13 cases: |
|---|---|---|---|---|---|
| | UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com | | DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

CSD 1181

2.      **Served by United States Mail**:

On  September 24, 2021 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Law Office of Robert J. Kolodny, APC
(fka Kolodny & Pressman LLP)
1335 Camino Del Mar
Del Mar, CA 92014

Dan McAllister
Treasurer-Tax Collector
1600 Pacific Hwy Room 162
Attn: Bankruptcy Desk
San Diego, CA 92101

Gene T. Peterson
1869 Guilder Gln
Escondido, CA 92029

Squar Milner LLP
San Diego
3655 Nobel Drive
Suite 300
San Diego, CA 92122

Aaron Smith
12954 Carmel Creek Road
#115
San Diego, CA 92130

CSD 1181

420336-v1

CSD 1181 (Page 4) [07/01/18]

3.      **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

        Under Fed.R.Civ.P.5 and controlling LBR, _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐      Attorney for Debtor (or Debtor), if required:


        I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.


Executed on        September 24, 2021                Laurel Dinkins /s/ Laurel Dinkins
                   (Date)                            (Typed Name and Signature)

                                                     600 B Street, Suite 1700
                                                     (Address)

                                                     San Diego, CA  92101
                                                     (City, State ZIP Code)


420336-v1

CSD 1181

Label Matrix for local noticing
0974-3
Case 19-04688-CL7
Southern District of California
San Diego
Thu Sep 23 11:30:06 PDT 2021

Aaron Smith
12954 Carmel Creek Road, Unit 115
San Diego, CA 92130-3109

Aaron Smith
5603 Avenida Del Parque
Rancho Santa Fe, CA 92091-4353

American Express
Box 0001
Los Angeles, CA 90096-8000

American Express
Customer Service
PO Box 981535
El Paso, TX 79998-1535

American Express Travel Related Services Com
Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amy Vulpio, Esq.
White and Williams LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103-7304

Anthead Digital, LLC
7465 Salizar Street
San Diego, CA 92111-3534

Ari Wells
3575 Caminito El Rincon
Unit 213
San Diego, CA 92130-3522

Arizona Republic
PO Box 677595
Dallas, TX 75267-7595

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

Bay Area News Group
PO Box 65230
Colorado Springs, CO 80962-5230

Benefit Concepts
Attn: Dave Weinstock
57 W. 38th Str., 3rd Flr, RM 302
New York, NY 10018-1903

Brian Hector, Esq.
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601-5094

Brookfield Residential LP
4906 Richard Road Southwest
Calgary, AB T3E 6L1
Canada

Builder Digital Experience LLC
PO Box 202747
Dallas, TX 75320-2747

California Bank & Trust
1875 South Redwood Rd.
Salt Lake City, UT 84104-5112

California Bank & Trust
PO Box 25787
Salt Lake City, UT 84125-0787

California Bank & Trust
PO Box 30833
Salt Lake City, UT 84130-0833

California Department of Tax and
Fee Administration
Special Operations Branch, MIC:55
PO Box 942879
Sacramento, CA 94279-0055

California Department of Tax and Fee Adminis
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029

Kathleen A. Cashman-Kramer
Sullivan Hill Rez & Engel, APLC
600 B Street
Suite 1700
San Diego, CA 92101-4507

Chantal Gordon-Benoit
34211-1/2 Atwater Avenue
Los Angeles, CA 90039

Christopher Rillo, Esq.
Jenner & Block LLP
633 West 5th St., #3600
Los Angeles, CA 90071-2091

Clear Channel Outdoor
PO Box 742025
Los Angeles, CA 90074-2025

Colonial Life
PO Box 1365
Columbia, SC 29202-1365

Dan McAllister
Treasurer, Tax Collector
San Diego County Treasurer
1600 Pacific Highway, Room 162
San Diego, CA 92101-2477

Daniel P. Velocci-
Iannitelli Marcolini, P.C.
5353 North 16th, Suite 315
Phoenix, AZ 85016-3227

Dept. Indust. Rel., Labor Law Enforce.
1550 West Main St.
El Centro, CA 92243-2105

Diane Gaynor McCue
2901 Amigo Drive
Lake Havasu City, AZ 86404-2105

Diane Lori Gaynor McCue
2901 Amigo Drive
Lake Havasu City, AZ 86404-2105

Div. of Labor Standards Enforcement
7575 Metropolitan Drive, Suite 210
San Diego, CA 92108-4424

Dun & Bradstreet
Attn: Lynne Roberts, 2nd Floor
3501 Corporate Parkway
PO Box 520
Center Valley, PA 18034-0520

Martin A. Eliopulos
Higgs, Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7913

Ellen Wong
12562 Caminito Mira Del Mar
San Diego, CA 92130-2387

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

William P. Fennell
Law Office of William P. Fennell, APLC
600 West Broadway, Suite 930
San Diego, CA 92101-3352

First American Bank
700 Busse Road
Elk Grove Village, IL 60007-2133

First American Bank
Attn:  Jamie M. Walrack, VP
1650 Louis Avenue
Elk Grove Village, IL 60007-2350

Franchise Tax Board
Attn:  Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Geoffrey M. Miller,
Dentons US LLP
233 S. Wacker Dr., Suite 5900
Chicago, IL 60606-6404

George Stephanos
4189 Lochlomond St.
San Diego, CA 92111-3625

Google, Inc.
1600 Amphitheatre Pkwy
Mountain View, CA 94043-1351

Howard J. Levine, Esq.
Drinker Biddle & Reath LLP
191 N. Wacker Drive, #3700
Chicago, IL 60606-1698

IHP Capital Partners
Attn: Legal Dept.
100 Bayview Circle, Suite 2000
Newport Beach, CA 92660-8907

IHP Capital Partners
Attn: Peter Bridges, AICP
6540 Lonetree Blvd., Suite 200
Rocklin, CA 95765-6006

INTEGRATEDMARKETING.COM
10590 West Ocean Air Drive #150
San Diego, CA 92130-4678

IRS-Insolvency Division
P.O. Box 7346
Philadelphia, PA 19101-7346

Ian Monteyro
930 Via Mil Cumbres #39
Solana Beach, CA 92075-1703

Infinisource Benefit Services
15 E. Washington St
PO Box 889
Coldwater, MI 49036-0889

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

James Martin Dalgleish
350 Nutmeg St. #302
San Diego, CA 92103-6267

Jamie M. Walrack, First VP
First American Bank
1650 Louis Avenue
Elk Grove Village, IL 60007-2350

Jane C Wheeler
c/o Mark E Terman, Faegre Drinker
1800 Century Park East, Ste 1500
Los Angeles CA 90067-1504

Jane Carey Wheeler
1206 Caminito Graciela
Encinitas, CA 92024-7002

Jane Wheeler
1206 Caminito Graciela
Encinitas, CA 92024-7002

Janis Strockis
5213 Sandhill Terrace
San Diego, CA 92130-3705

Jason McGuiness
6539 Radio Dr
San Diego, CA 92114-2022

Jo DePiano
9383 Adolphia Street
San Diego, CA 92129-3556

John Durant
c/o Burns the Attorney
3911 Cleveland Ave. #635247
San Diego, CA 92163-7136

Justine Stephanos
4189 Lochlomond St
San Diego, CA 92111-3625

Kaitlin Krzyminski
3880 Florida St. #16
San Diego, CA 92104-6423

Kathleen Hennessey-Gannett Co Inc
Law Dept
7950 Jones Branch DR
McLean, VA 22107-0002

Kellie Christensen
8270 Avenida Navidad #2
San Diego, CA 92122-4454

Kolodny & Pressman
1335 Camino del Mar
Del Mar, CA 92014-2507

Larry A. Goldberg, Esq.
ESOP Law Group
244 California Street, #300
San Francisco, CA 94111-4311

Lawe Office of Robert J. Kolodny, APC
(fka Kolodny & Pressman LLP)
1335 Camino Del Mar
Del Mar, CA 92014-2507

Leslie Roolvink
7168 Stanford Ave.
La Mesa, CA 91942-5867

Martin A. Eliopulos, Esq.
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7913

Martin Eliopulos, Esq.
Higgs Fletcher & Mack LLP
401 West A Street #2600
San Diego, CA 92101-7913

Dan McAllister
Treasurer-Tax Collector
1600 Pacific Hwy Room 162
Attn: Bankruptcy Desk
San Diego, CA 92101-2477

Megan Harnal
3723 69th Street
La Mesa, CA 91941-7402

Melcor Developments Ltd
900, 10310 Jasper Avenue NW
Edmonton, AB T5J 1Y8
Canada

Microsoft Corporation
Fox Rothschild LLP
Attn David P. Papiez
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1192

Microsoft Online, Inc.
6100 Neil Road, Suite 100
Reno, NV 89511-1137

Miguel Paredes
ESOP Trustee
100 N. Barranca St., Suite 870
West Covina, CA 91791-1663

Chelsea R. Mikula
Tucker Ellis LLP
950 Main Ave., Suite 1100
Cleveland, OH 44113-7213

NASH Cascadia Verde, LLC
c/o Higgs Fletcher & Mack LLP
Attn: Maggie E. Schroedter
401 West A Street, Suite 2600
San Diego, CA 92101-7913

NASH Eagle Ridge, LLC
c/o Higgs Fletcher & Mack LLP
Attn: Maggie E. Schroedter
401 West A Street, Suite 2600
San Diego, CA 92101-7913

NASH Rancho Hills, LLC
c/o Higgs Fletcher & Mack LLP
Attn: Maggie E. Schroedter
401 West A Street, Suite 2600
San Diego, CA 92101-7913

NASH Sweetwater, LLC
c/o Higgs Fletcher & Mack LLP
Attn: Maggie E. Schroedter
401 West A Street, Suite 2600
San Diego, CA 92101-7913

NNP III-Estrella Mountain Ranch, LLC
c/o Higgs Fletcher & Mack LLP
Attn: Maggie E. Schroedter
401 West A Street, Suite 2600
San Diego, CA 92101-7913

NetFortris
5601 6th Avenue S., Suite 201
Seattle, WA 98108-2544

New Homes Directory.com
39977 Savanna Way
Murrieta, CA 92563-4395

Newland Real Estate Group LLC
4790 Eastgate Mall, Suite 150
San Diego, CA 92121-2061

Office of the United States Trustee
880 Front Street, Suite 3230
San Diego, CA 92101-8897

Outdoor Promotions of
Colorado LLC
5100 College Ave., Suite A
Fort Collins, CO 80525-3804

Outfront
185 US Highway 46
Fairfield, NJ 07004-2321

R. Gibson Pagter Jr.
Pagter and Perry Isaacson, APLC
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701-5017

Ernie Zachary Park
for DS Del Mar Heights, LLC
13215 E. Penn Street, Ste 510
Whittier, CA 90602-1797

Gene T. Peterson
1869 Guilder Gln
Escondido, CA 92029-3040

Ronald Peterson
Jenner & Block
353 North Clark Street
Chicago, IL 60654-5474

Principal Life Group
PO Box 10372
Des Moines, IA 50306-0372

Prudential Fiduciary Serv. LLC
100 N. Barranca St., Ste. 870
West Covina, CA 91791-1663

Ronald R. Peterson Esq
JENNER & BLOCK LLP
353 N Clark Street
Chicago IL 60654-5474

Ronald R. Peterson, Esq.
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654-5474

Gary B. Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101-4507

San Diego County Treasurer
Tax Collector
1600 Pacific Hwy, Room 162
San Diego, CA 92101-2474

San Diego County Treasurer-Tax Collector
Attn:  Bankruptcy Desk
1600 Pacific Highway Room 162
San Diego CA 92101-2477

Maggie Schroedter
Robberson Schroedter LLP
830 Kuhn Drive #212860
Chula Vista, CA 91921-8116

Shahrzad Newton
12552 Caminito Mira Del Mar
San Diego, CA 92130-2387

Shane Jacobson
96 W 2700 S.
Bountiful, UT 84010-6443

Sharp Business Systems
8670 Argent Street
Santee, CA 92071-4172

Sheila Berner
15753 Brandiron St
Ramona, CA 92065-7416

Sienna Hill
4928 Angeles Crest Hwy
La Canada, CA 91011-2314

Site Impact, LLC
6119 Lyons Road
Coconut Creek, FL 33073-4740

Leslie Skorheim
DOJ-Ust
880 Front Street
Suite 3230
San Diego, CA 92101-8897

Aaron Smith
12954 Carmel Creek Road
#115
San Diego, CA 92130-3109

Sorrento Valley Storage
10531 Sorrento Valley Road
San Diego, CA 92121-1608

Squar Milner LLP
San Diego
3655 Nobel Drive
Suite 300
San Diego, CA 92122-1050

Stackadapt Inc.
210 King Street East, Ste. 500
Toronto, ON M5A 1J7
Canada

Stacy Elledge Chiang, CPA/CFF, CIRA
Squar Milner LLP
3655 Nobel Drive, Suite 300
San Diego, CA 92122-1050

Ronald E. Stadtmueller
10755 Scripps Poway Pkwy., #370
San Diego, CA 92131-3924

Stephen F McCue
c/o Mark E Terman, Faegre Drinker
1800 Century Park East, Ste 1500
Los Angeles CA 90067-1504

Stephen W Wheeler
c/o Mark E Terman, Faegre Drinker
1800 Century Park East, Ste 1500
Los Angeles CA 90067-1504

Stephen W. Wheeler
1206 Caminito Graciela
Encinitas, CA 92024-7002

Steve Greenapple
Steiker, Greenapple and Fusco
100 East Hanover Avenue #404
Cedar Knolls, NJ 07927-2020

Steven F. McCue
2901 Amigo Drive
Lake Havasu City, AZ 86404-2105

TST Ink
1042 N. El Camino Real
Suite B-126
Encinitas, CA 92024-1322

Mark Eugene Terman
Faegre Drinker Biddle & Reath LLP
1800 Century Park East
Ste 1500
Los Angeles, CA 90067-1504

```
Texas Workforce Commission          The Irvine Company LLC          Tina Stephanos
Office of Attorney General          Attn: Sr. VP, Property Operati  4189 Lochlomond St.
Bankruptcy & Collections Div.       550 Newport Center Drive        San Diego, CA 92111-3625
PO Box 12548, MC-008                Newport Beach, CA 92660-7010
Austin, TX 78711-2548


Todd C Toral Esq                    Todd C. Toral, Esq.             Todd Ochsner
Christopher J Rillo Esq             JENNER & BLOCK LLP              2810 McPherson Street
JENNIFER & BLOCK LLP                633 West 5th Street Suite 3600  Waxhaw, NC 28173-6426
633 West 5th Street Suite 3600      Los Angeles, CA 90071-2091
Los Angeles, CA 90071-2091


Todd C. Toral                       Touchstone Development Inc.     UTC Properties LLC
Jenner & Block LLP                  Touchstone Communities LLC      Attn:  Property Manager
515 South Flower Street             9909 Mira Mesa Blvd, Suite 150  9191 Towne Center Dr., #125
Ste 3300                            San Diego, CA 92131-1072        San Diego, CA 92122-6205
Los Angeles, CA 90071-2246


UTC Properties LLC                  United Health Care             United States Trustee
c/o R. Gibson Pagter, Jr.           PO Box 6044                    Office of the U.S. Trustee
PAGTER AND PERRY ISAACSON           Cypress, CA 90630-0044         880 Front Street
525 N. Cabrillo Park Drive, Suite 104                              Suite 3230
Santa Ana, CA 92701-5017                                           San Diego, CA 92101-8897


VSP                                 Vanessa Chow                   Volvo Car Financial Services US, LLC
PO Box 45210                        40241 Medford Road             c/o Weltman, Weinberg & Reis Co LPA
San Francisco, CA 94145-5210        Temecula, CA 92591-3546        965 Keynote Circle
                                                                   Brooklyn Heights, OH 44131-1829


Volvo Financial Services            Walter c/o Zesty               William Coles
PO Box 91300                        2044 1st Ave #200              14615 Frankel Loop
Mobile, AL 36691-1300               San Diego, CA 92101-2089      Pflugerville, TX 78660-4860


Ronald F Woods                      Zillow Group, Inc              Zillow Group, Inc.
Ronald F. Woods & Associates        c/o Sara L. Chenetz/Perkins Coie LLP  1301 Second Avenue, Floor 31
225 Broadway                        1888 Century Park East, Suite 1700    Seattle, WA 98101-0003
Suite 1900                          Los Angeles CA 90067-1721
San Diego, CA 92101-5047


Zillow, Inc.
1301 Second Ave., Floor 31
Seattle, WA 98101-0003
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BMW Financial Services
PO Box 78103
Phoenix, AZ 85062-8103
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BFS West, Inc. | (u)First American Bank | (u)Floorit Financial Inc |
| (u)Diane L. Gaynor | (u)Kolodny & Pressman LLP | (u)Steven F. McCue |
| (u)NASH Cascadia Verde, LLC | (u)NASH Eagle Ridge, LLC | (u)NASH Rancho Hills, LLC |
| (u)NASH Sweetwater, LLC | (u)NNP III-Estrella Mountain Ranch, LLC | (u)Newland Real Estate Group, LLC |

| | | |
|---|---|---|
| (u)Miguel Paredes | (u)Prudent Fiduciary Services LLC | (d)Ronald R. Peterson, Esq.<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-5474 |
| (u)Leslie Roolvink | (d)Steve Greenapple<br>Steiker, Greenapple and Fusco<br>100 East Hanover Avenue, #404<br>Cedar Knolls, NJ 07927-2020 | (u)Sullivan Hill Rez & Engel, APLC |

| | | |
|---|---|---|
| (d)UTC Properties, LLC<br>c/o R. Gibson Pagter, Jr.<br>PAGTER AND PERRY ISAACSON<br>525 N. Cabrillo Park Drive, Suite 104<br>Santa Ana, CA 92701-5017 | (d)United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 | (d)United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 |
| (u)Jane Wheeler | (u)Stephen W. Wheeler | End of Label Matrix<br>Mailable recipients   141<br>Bypassed recipients    23<br>Total                  164 |