TENTATIVE RULING

ISSUED BY JUDGE CHRISTOPHER B. LATHAM

Debtor: INTEGRATEDMARKETING.COM

Number: 19-04688-CL7

Hearing: 10:00 AM Monday, October 25, 2021

Motion: SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR BAKER TILLY US LLP FKA SQUAR MILNER LLP, ACCOUNTANTS FOR TRUSTEE

The court has considered Baker Tilly US LLP's second interim application for compensation and reimbursement of expenses (ECF No. 347). Having received no objection, and good cause appearing, the court **grants** the application and **awards** $30,477 in fees and $108.20 in costs subject to final approval and possible disgorgement. The court excuses appearances at the October 25, 2021 hearing, and Baker Tilly may submit an order consistent with this tentative ruling.