Stacy Elledge Chiang, CPA/CFF, CIRA
**Baker Tilly US, LLP fka Squar Milner LLP**
3655 Nobel Drive, Suite 300
San Diego, CA 92122
www.bakertilly.com
Telephone: (858) 597-4100
Facsimile: (858) 597-4111

Accountants to the
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 7 |
| INTEGRATEDMARKETING.COM dba RONI HICKS & ASSOCIATES, | Case No. 19-04688-CL7 |
| Debtor. | **THIRD INTERIM APPLICATION OF BAKER TILLY US, LLP fka SQUAR MILNER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS TO THE CHAPTER 7 TRUSTEE; DECLARATION OF STACY ELLEDGE CHIANG** |

Date:     July 31, 2023
Time:     10:00 a.m.
Dept.:    Dept. 5, Room 318
Judge:    Hon. Christopher B. Latham

**TO THE HONORABLE CHRISTOPHER B. LATHAM, UNITED STATES BANKRUPTCY JUDGE**:

The Third Interim Application of Baker Tilly US, LLP fka Squar Milner LLP ("Firm"), accountants to Ronald E. Stadtmueller, chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of INTEGRATEDMARKETING.COM dba Roni Hicks & Associates ("Debtor"), respectfully represents:

1.     The Firm serves as accountants to the Trustee herein and makes this application for allowance of compensation for professional services rendered and reimbursement for actual and necessary costs and expenses incurred by it during the nineteen-month period from September 1, 2021 through May 31, 2023 in the furtherance of its duties as said accountants. The Firm requests allowance of fees in the amount of $14,530.00 and reimbursement of costs in the amount of $91.42 under sections 330 and 331 of the United States Bankruptcy Code ("Bankruptcy Code").

## I. Case Background

2.     On August 2, 2019, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor's chapter 11 case was converted to a case under chapter 7 of the Bankruptcy Code by order of this court entered on November 4, 2019. Upon conversion of the Debtor's case to a case under chapter 7, Ronald E. Stadtmueller was appointed as the chapter 7 trustee [docket #107].

3.     The Debtor was founded in 1979 by Roni Hicks Clemens as a public relations and advertising agency serving a wide range of industries including real estate. In 1999, the Debtor was sold to Jane Carey Wheeler ("Ms. Wheeler") and Diane L. Gaynor McCue ("Ms. McCue") who then incorporated the Debtor as INTEGRATEDMARKETING.COM dba Roni Hicks & Associates. The Debtor specialized in real estate community planning, marketing and public affairs. When Ms. Wheeler and Ms. McCue decided to retire, they structured a two-stage sale of their shares in the Debtor to their employees, many of whom had been with the Debtor for more than ten (10) years.

4.     The Debtor believed and alleged that the purchase price for the second stage of the sale of the Debtor's shares was significantly overvalued. In order to pay the inflated purchase price, the prior owners, through the Debtor's board of directors orchestrated and approved a series of loan

---

In re: INTEGRATEDMARKETING.COM dba Roni Hicks & Associates, Debtor; U.S.B.C. Case No.: 19-04688-CL7; Third Interim Application of Baker Tilly US, LLP fka Squar Miner LLP for Allowance of Compensation and Reimbursement of Expenses as Accountants to the Chapter 7 Trustee; Declaration of Stacy Elledge Chiang.

transactions that drained the Debtor's financial resources and precipitated the Debtor's bankruptcy filing.

5.      The Firm was retained as accountants and litigation consultants in late July 2019 to advise the Debtor on various litigation consulting pre-bankruptcy matters relating to the Debtor's financial condition, accounting processes and procedures, options for continuing operations and other pre-bankruptcy planning and consulting matters.  The Firm served in its prepetition consulting role through the end of the prepetition period (August 2, 2019).  The Debtor then retained the Firm to provide accounting, tax and consulting services in its chapter 11 case.

6.      Since his appointment, the Trustee and his counsel have vigorously investigated the Debtor's prepetition affairs, pursuing potential asset recovery opportunities, and otherwise administering the Debtor's bankruptcy estate. The efforts of the Trustee and his team have resulted in several successful recoveries and as well as reduction and subordination and withdrawal of claims.

7.      For a complete summary of details regarding case background, case summary and current case status, please refer to the fee applications filed by the Trustee and the Trustee's counsel, Sullivan Hill Rez & Engel, APLC ("Counsel"), incorporated herein by this reference as though fully set forth.

## II.  The Firm's Employment

8.      Based on the complexities associated with the administration of this case, the Trustee determined that he required the assistance of certified public accountants and experienced forensic accountants/consultants to provide the following accounting, financial and tax consulting services, including, but not limited to: analysis and consulting services regarding the Debtor's pre- and

In re: INTEGRATEDMARKETING.COM dba Roni Hicks & Associates, Debtor; U.S.B.C. Case No.: 19-04688-CL7; Third Interim Application of Baker Tilly US, LLP fka Squar Miner LLP for Allowance of Compensation and Reimbursement of Expenses as Accountants to the Chapter 7 Trustee; Declaration of Stacy Elledge Chiang.

3

postpetition finances and accounting, assistance with document discovery and document production efforts and identification of critical documents and records, assistance with the investigation, evaluation and recovery of avoidable prepetition transfers, evaluation of claims against the Estate, advice and services regarding the Estate's and Debtor's tax liabilities, assistance with and preparation of the Estate's annual federal and state tax returns, preparation of Estate report(s), electronic data recovery, forensic and litigation support and consulting services, other bankruptcy-specific services, and other strategic consulting issues related to this chapter 7 case and the administration of the Debtor's bankruptcy estate.

9.      Following conversion of the case from chapter 11 to chapter 7, the Trustee requested ongoing services from the Firm[1] as his accountants in the chapter 7 case.  On or about November 25, 2019, an application providing for the employment of the Firm by the chapter 7 trustee was filed with this court [docket #122].  An order authorizing employment of the Firm as accountants for the chapter 7 trustee was later entered by this court on December 4, 2019 [docket #134].  The Firm's employment by the chapter 7 trustee was effective as of November 6, 2019.

10.     All services for which compensation is requested by the Firm were performed for and on behalf of the Trustee and/or Counsel and not on behalf of any creditor or any other person.  The Firm has in general agreed to be compensated based on its customary hourly rates and the hours expended. Estate funds are the source of the Firm's compensation.

11.     The names and hourly rates of the Firm professionals who billed time in this matter are set forth on the attached **Exhibit B**.  The rates charged are the Firm's customary rates for its clients, including

---

[1] On November 1, 2020, Squar Milner LLP combined with Baker Tilly US, LLP, with Baker Tilly US, LLP being the surviving entity.  Services continue to be provided to clients by the combined firm according to pre-combination terms and agreements, by the same engagement teams, which was disclosed in a supplemental declaration regarding the Firm's name change and disinterestedness filed on December 3, 2020 [docket #264].

In re: INTEGRATEDMARKETING.COM dba Roni Hicks & Associates, Debtor; U.S.B.C. Case No.: 19-04688-CL7; Third Interim Application of Baker Tilly US, LLP fka Squar Miner LLP for Allowance of Compensation and Reimbursement of Expenses as Accountants to the Chapter 7 Trustee; Declaration of Stacy Elledge Chiang.

4

non-bankruptcy clients, and there is no mark-up for bankruptcy-related matters. The rates reflect compensation charged by comparably skilled practitioners in matters other than bankruptcy cases.

### III. The Firm's Prior Applications

12.    This application is the Firm's third application in its capacity as accountants to the chapter 7 trustee.    The Firm filed its first and final application [docket #162] in connection with its services to the Debtor in its chapter 11 case and its first and second interim applications [docket #s 285 and 347, respectively] in connection with its services to the chapter 7 bankruptcy estate as follows:

| | Fees | Costs | Total |
|---|---|---|---|
| **First and Final chapter 11 application** (Requested and Awarded) - August 5, 2019 through November 4, 2019 | $73,515.50 | $234.30 | $73,749.80 |
| Less: fees and costs paid via application of prepetition retainer balance | (17,242.20) | (234.30) | (17,476.50) |
| Chapter 11 outstanding balance | $56,273.30 | $   0.00 | $56,273.30 |
| **First interim chapter 7 application** (Requested and Awarded) - November 6, 2019 through December 31, 2020 | $67,893.00 | $159.86 | $68,052.86 |
| **Second interim chapter 7 application** (Requested and Awarded) - January 1, 2021 through August 31, 2021 | 30,477.00 | 108.20 | 30,585.20 |
| Less: fees and costs paid | (98,370.00) | (268.06) | (98,638.06) |
| Chapter 7 outstanding balance | $    0.00 | $   0.00 | $    0.00 |

In re: INTEGRATEDMARKETING.COM dba Roni Hicks & Associates, Debtor; U.S.B.C. Case No.: 19-04688-CL7; Third Interim Application of Baker Tilly US, LLP fka Squar Miner LLP for Allowance of Compensation and Reimbursement of Expenses as Accountants to the Chapter 7 Trustee; Declaration of Stacy Elledge Chiang.

5

### IV.  The Firm's Services

13.     To date, the Firm's services have been focused on assisting, as needed, the Trustee and his counsel in their ongoing efforts to investigate prepetition and pre-case conversion financial affairs of the Debtor and to administer the Estate, including management of the Estate's significant accounting and tax reporting requirements.  These services have required a substantial time commitment and high level of expertise due to the accounting and tax needs and complexities of this case.

14.     The Firm's services during this application period were concentrated in tax analysis and compliance services, and general and administrative services.  Following is a narrative summary describing the services provided by the Firm during the period from September 1, 2021 through May 31, 2023.  A schedule of the services performed, and the fees associated with the representative service categories, follows this narrative summary.

**A.     Tax Analysis and Compliance Services:**

15.     The Firm began working with the Debtor prepetition to address numerous tax inquiries and develop tax reporting strategies, which has been beneficial in providing continuing services first in the chapter 11 case and now in the chapter 7 case.  The Debtor is a "C" corporation that, at the time of filing for chapter 11 protection, was planning to eventually elect "S" corporation status in the next few years.  The Debtor had historically been very profitable and had paid income tax. However, over the last few years, the Debtor has accumulated net operating losses ("NOLs"), which the Debtor (and the Trustee on behalf of the Debtor) has since utilized to request applicable tax refunds.  The Firm ultimately utilized the available NOLs to request, on behalf of the Debtor, federal and state tax refunds to benefit the Estate of more than $645,000, all of which have been received by the Trustee, along with interest of more than $10,000.

/////

In re: INTEGRATEDMARKETING.COM dba Roni Hicks & Associates, Debtor; U.S.B.C. Case No.: 19-04688-CL7; Third Interim Application of Baker Tilly US, LLP fka Squar Miner LLP for Allowance of Compensation and Reimbursement of Expenses as Accountants to the Chapter 7 Trustee; Declaration of Stacy Elledge Chiang.

6

16.     The Firm has provided a variety of tax analysis and tax compliance services in this bankruptcy case due to both the volume and complexity of the tax needs of the bankruptcy estate that have been both necessary and beneficial to the Estate. The Firm monitored tax status, tax filing requirements and related deadlines, along with expected refund recoveries, etc. The Firm also reviewed and responded to inquiries from Counsel and the Trustee regarding the Debtor's historical and ongoing accounting and tax matters, history, etc.

17.     The Trustee has received occasional tax notices from taxing agencies relating to tax compliance mattes.  The Firm reviewed each notice, researched the issues in the Debtor's records, contacted and communicated with the agencies as necessary and then provided the Trustee with its observations and recommendations.

18.     In connection with preparation of the Debtor's required corporate income tax returns, the Firm gathered and analyzed relevant accounting, financial and historical records.  In order to develop the Estate's 2021 tax accounting, the Firm reviewed the bankruptcy estate's cash receipts and disbursements as well as, public records, relevant bankruptcy case pleadings and documents, and other information supporting transactions. The Firm calculated book-to-tax differences, tracked attributes and carryovers, researched the Debtor's available records for data required under new tax law/forms, and identified, calculated, reported and disclosed cancellation of debt in connection with settlements and other resolutions, etc. The Firm prepared extensions and payment coupons as needed.

19.     During this application period, the Firm prepared required accounting, federal and state corporate income tax filings for 2021, supplemental disclosure statements accompanying the tax returns and corresponding prompt audit requests under Bankruptcy Code section 505(b) and filed in hard copy triplicate in accordance with standard insolvency procedures.   The Firm also prepared extension request for the 2021 and 2022 returns as needed.

In re: INTEGRATEDMARKETING.COM dba Roni Hicks & Associates, Debtor; U.S.B.C. Case No.: 19-04688-CL7; Third Interim Application of Baker Tilly US, LLP fka Squar Miner LLP for Allowance of Compensation and Reimbursement of Expenses as Accountants to the Chapter 7 Trustee; Declaration of Stacy Elledge Chiang.

20.    To the extent necessary, given the complexity of the tax issues in this case, the San Diego bankruptcy team performing most of the work in this engagement seeks the expertise of corporate tax team member from time to time, in order to leverage its experience with complicated research, refund requests and other filings.  In this application period, the bankruptcy team sought additional expertise regarding the appropriate treatment of settlements achieved and paid in 2021, which was important due to the Debtor's corporate form (and resulting tax status).  The Firm also researched inquiries from Counsel regarding tax compliance of the Debtor's ESOP, the 401(k) plan, and ongoing potential tax should the Estate achieve additional recoveries.

21.    The Firm devoted a total of 32.30 hours within the tax analysis and compliance services category and requests fees for such services in the amount of $12,031.50.  The Firm provided these services at an effective hourly rate of $372.49.

**C.    General and Administrative Services:**

22.    Finally, during this application period, the Firm attended to certain matters of a general and administrative nature. These services pertained primarily to the preparing and filing of its second interim fee application in this chapter 7 matter, as well as communications with the Trustee and his office regarding case issues, deadlines, etc.

23.    The Firm devoted a total of 9.30 hours within this general and administrative services category and requests fees for such services in the amount of $2,498.50.  The Firm provided these services at an effective hourly rate of $268.66.

/////

/////

/////

In re: INTEGRATEDMARKETING.COM dba Roni Hicks & Associates, Debtor; U.S.B.C. Case No.: 19-04688-CL7; Third Interim Application of Baker Tilly US, LLP fka Squar Miner LLP for Allowance of Compensation and Reimbursement of Expenses as Accountants to the Chapter 7 Trustee; Declaration of Stacy Elledge Chiang.

8

## V.  Summary of Hours and Fees

24.     The following is a categorization of the fees requested by the Firm for the period from September 1, 2021 through May 31, 2023, in connection with services provided to the Estate:

| Description of Services | Hours | Fees | Exhibit Ref. |
|---|---|---|---|
| A.  Tax Analysis and Compliance Services | 32.30 | 12,031.50 | C |
| B.  General and Administrative Services | 9.30 | 2,498.50 | D |
| | 41.60 | $14,530.00 | |

25.     Attached hereto as **Exhibits C through D** are schedules of the specific professional services rendered by the Firm which set forth the date, the individual who performed a particular task, a description of the work performed, the time spent, and the fees charged at the standard rates of the Firm and out-of-pocket costs incurred, during the period from September 1, 2021 through May 31, 2023.  Such charges are summarized at **Exhibit B**.  The summary of hours and fees by service category required pursuant to Bankruptcy Local Rule 2016-2(b) is attached hereto as **Exhibit A**.

## VI.  Conclusion

26.     The Firm believes that this application for allowance of compensation for professional services is submitted under the standards set forth in the Bankruptcy Code, case law and in accordance with the guidelines issued by the Office of the United States Trustee.  We have sought to provide services

In re: INTEGRATEDMARKETING.COM dba Roni Hicks & Associates, Debtor; U.S.B.C. Case No.: 19-04688-CL7; Third Interim Application of Baker Tilly US, LLP fka Squar Miner LLP for Allowance of Compensation and Reimbursement of Expenses as Accountants to the Chapter 7 Trustee; Declaration of Stacy Elledge Chiang.

9

in a professional manner, consistent with an effort to keep all costs to a minimum. The Firm believes that the billing rates charged are reasonable and within the range of fees charged by its peers for services of a similar nature and that the compensation prayed for herein should be awarded in full at this time.

27. The services rendered by the Firm and the costs advanced by the Firm during the period covered by this application, and as set forth on the billing statements attached hereto, were reasonably necessary and beneficial to the Trustee and were rendered/incurred at the request of the Trustee and/or Counsel.

28. The Firm has carefully reviewed the billing statements attached hereto as **Exhibits C through E** for the period covered by this application for reasonableness of fees and costs and has made adjustments as appropriate and necessary. At all times during this engagement, the Firm attempted to provide the services requested by the Trustee in an efficient and cost-effective manner.

29. Due to the complexities of the tax reporting issues in this case, since its retention in this case, the Firm has staffed much of this engagement with highly experienced forensic accountants with significant bankruptcy taxation experience, particularly because of the nature of the high-level tax services required to prepare special refund requests based on new legislation as well as monitoring tax consequences of potential settlements and recoveries since the Debtor is a "C" corporation. In recognition of this staffing approach, which the Firm believes was necessary in order to have properly addressed the Trustee's needs, since its retention in this case, the Firm has voluntarily made adjustments and fee reductions, including for charges incurred during this application period, to ensure the overall reasonableness of its fee request herein. The attached billing exhibits reflect the adjusted amounts being requested in this application.

/////

In re: INTEGRATEDMARKETING.COM dba Roni Hicks & Associates, Debtor; U.S.B.C. Case No.: 19-04688-CL7; Third Interim Application of Baker Tilly US, LLP fka Squar Miner LLP for Allowance of Compensation and Reimbursement of Expenses as Accountants to the Chapter 7 Trustee; Declaration of Stacy Elledge Chiang.

30.     During the period covered by this second interim application, the Firm devoted a total of 41.60 hours to this case at an effective hourly billing rate of $349.28 per hour.  The Firm's professional hourly rates during the period covered by this application ranged from $95.00 to $950.00.  The Firm submits that its weighted average hourly billing rate for services provided as accountants to the Trustee is quite reasonable in view of the complexity of the issues involved.

31.     Pursuant to Bankruptcy Rule 2016, the Firm hereby declares that no agreement or understanding exists between the Firm and any other person for the sharing or division of the fees requested by this application.

32.     Pursuant to federal guidelines published by the Office of the United States Trustee, at Guideline II(5), by way of service of this application, the Firm has provided copies of its invoices through May 31, 2023 to the Trustee for review, comment and approval.  The Firm also provided the Trustee and Counsel with a draft of this application and its exhibits in advance of filing.

33.     The Firm is an accounting firm which has considerable experience, expertise and reputation in its field, and, in the opinion of the Firm, the reasonable compensation for the work performed as the Trustee's accountants during the period from September 1, 2021 through May 31, 2023, as detailed herein, in view of the difficulties, complexities, special skills required, standards of the accounting profession, and the responsibility of the Firm, is the sum of $14,530.00 in fees and $91.42 in out-of-pocket expenses, for an aggregate combined sum of $14,621.42.

/////

/////

/////

/////

In re: INTEGRATEDMARKETING.COM dba Roni Hicks & Associates, Debtor; U.S.B.C. Case No.: 19-04688-CL7; Third Interim Application of Baker Tilly US, LLP fka Squar Miner LLP for Allowance of Compensation and Reimbursement of Expenses as Accountants to the Chapter 7 Trustee; Declaration of Stacy Elledge Chiang.

11

34.    WHEREFORE, the Firm prays that it be awarded compensation for its fees and costs, all of which all of which were necessary and beneficial to the Trustee, as detailed in this application for the period from September 1, 2021 through May 31, 2023 and that an order be entered authorizing payment of such fees and costs from funds of the Estate as follows:

a)    Interim allowance of fees in the amount of $14,530.00 and costs in the amount of $91.42 for an aggregate combined sum of $14,621.42, for services rendered during the period from September 1, 2021 through May 31, 2023; and,

b)    Such other relief the court deems reasonable and proper.

Respectfully Submitted,
Baker Tilly US, LLP fka Squar Milner LLP

Dated: June 29, 2023
San Diego, California

/s/ Stacy Elledge Chiang
Stacy Elledge Chiang, CPA/CFF, CIRA

In re: INTEGRATEDMARKETING.COM dba Roni Hicks & Associates, Debtor; U.S.B.C. Case No.: 19-04688-CL7; Third Interim Application of Baker Tilly US, LLP fka Squar Miner LLP for Allowance of Compensation and Reimbursement of Expenses as Accountants to the Chapter 7 Trustee; Declaration of Stacy Elledge Chiang.

12

### DECLARATION OF STACY ELLEDGE CHIANG

I, STACY ELLEDGE CHIANG, declare:

1.    I am a Certified Public Accountant and a director of Baker Tilly US, LLP fka Squar Milner LLP ("Firm").    The matters stated herein are true and correct and within my personal knowledge.  If called as a witness, I could and would competently testify thereto.

2.    In the ordinary course of its business, the Firm maintains a record of all time expended by its professionals on a computerized time and billing system.  At or near the time professional services are rendered, accountants and other professionals of the Firm prepare a written record and/or make an entry directly into the computerized billing system for the time expended including a detailed description of the services provided.  At any time, a reimbursable charge is incurred on behalf of a client, a record is likewise made and transcribed into the computer system.  The Firm conducts its business in reliance upon the accuracy of such records.

3.    In order to prepare this fee application, the Firm's billing department provided a computerized listing of all time and expense items extracted into Excel files from the Firm's billing systems for so that detailed time entries could then be combined, further categorized and re-arranged for presentation purposes into the exhibits attached to this fee application. I personally reviewed the original billing reports to ensure the data extraction was complete before undertaking the effort to combine and further categorize billing data and adjust for discounts. Following this additional level of categorization, I personally prepared, and/or supervised the preparation of, the specific billing exhibits attached to the Firm's fee application based upon the aforementioned data extraction.

/////

/////

/////

In re: INTEGRATEDMARKETING.COM dba Roni Hicks & Associates, Debtor; U.S.B.C. Case No.: 19-04688-CL7; Third Interim Application of Baker Tilly US, LLP fka Squar Miner LLP for Allowance of Compensation and Reimbursement of Expenses as Accountants to the Chapter 7 Trustee; Declaration of Stacy Elledge Chiang.

4.      I have personally reviewed the fee application and the exhibits to which this declaration is attached to eliminate any duplicate charges, staff training time, inefficiencies, etc., as well as provide an overall courtesy discount.  I have determined that all charges contained therein were necessary and reasonable in the circumstances and that such fee application complies with the Guidelines of the Office of the United States Trustee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 29th day of June, 2023, at San Diego, California.

/s/ Stacy Elledge Chiang
Stacy Elledge Chiang, CPA/CFF, CIRA

In re: INTEGRATEDMARKETING.COM dba Roni Hicks & Associates, Debtor; U.S.B.C. Case No.: 19-04688-CL7; Third Interim Application of Baker Tilly US, LLP fka Squar Miner LLP for Allowance of Compensation and Reimbursement of Expenses as Accountants to the Chapter 7 Trustee; Declaration of Stacy Elledge Chiang.

14

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

INTEGRATEDMARKETING.COM dba RONI HICKS & ASSOCIATES
DATE PETITION FILED: August 2, 2019 (chapter 11); converted November 4, 2019 (chapter 7)

U.S.B.C. CASE NO.: 19-04688-CL7

## FEE APPLICATION SUMMARY

ORDER APPROVING EMPLOYMENT: entered December 4, 2019; effective November 6, 2019

APPLICANT: Baker Tilly US, LLP fka Squar Milner LLP
REPRESENTED BY: Stacy Elledge Chiang

| CATEGORIES [1] | THIRD INTERIM PERIOD SEPTEMBER 1, 2021 THROUGH MAY 31, 2023 | |
|---|---|---|
| | HOURS | AMOUNT REQUESTED |
| Tax Analysis and Compliance Services | 32.30 | $12,031.50 |
| General and Administrative Services (Fee Applications and Case Administration) | 9.30 | 2,498.50 |
| **TOTALS:** | 41.60 | $14,530.00 |

NOTE: Attach all fee application summaries for prior interim hearings.

---

[1] See categories suggested in UNITED STATES TRUSTEE GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES.

CSD 1143

**Exhibit A, page 1 of 3**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

INTEGRATEDMARKETING.COM dba RONI HICKS & ASSOCIATES

DATE PETITION FILED: August 2, 2019 (chapter 11); converted November 4, 2019 (chapter 7)

U.S.B.C. CASE NO.: 19-04688-CL7

## FEE APPLICATION SUMMARY

ORDER APPROVING EMPLOYMENT: entered December 4, 2019; effective November 6, 2019

APPLICANT: Baker Tilly US, LLP fka Squar Milner LLP

REPRESENTED BY: Stacy Elledge Chiang

| CATEGORIES [1] | SECOND INTERIM PERIOD JANUARY 1, 2021 THROUGH AUGUST 31, 2021 | |
| --- | --- | --- |
| | HOURS | AMOUNT REQUESTED |
| Bankruptcy/Litigation Consulting Services | 3.50 | $1,382.50 |
| Tax Analysis and Compliance Services | 77.00 | 26,329.00 |
| General and Administrative Services (Fee Applications and Case Administration) | 8.90 | 2,765.50 |
| **TOTALS:** | 89.40 | $30,477.00 |

NOTE: Attach all fee application summaries for prior interim hearings.

[1] See categories suggested in UNITED STATES TRUSTEE GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES.

CSD 1143

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

INTEGRATEDMARKETING.COM dba RONI HICKS & ASSOCIATES

DATE PETITION FILED: August 2, 2019 (chapter 11); converted November 4, 2019 (chapter 7)

U.S.B.C. CASE NO.: 19-04688-CL7

# FEE APPLICATION SUMMARY

ORDER APPROVING EMPLOYMENT: entered December 4, 2019; effective November 6, 2019

APPLICANT: Baker Tilly US, LLP fka Squar Milner LLP
REPRESENTED BY: Stacy Elledge Chiang

| CATEGORIES [1] | FIRST INTERIM PERIOD NOVEMBER 6, 2019 THROUGH DECEMBER 31, 2020 | |
| --- | --- | --- |
| | HOURS | AMOUNT REQUESTED |
| Bankruptcy/Litigation Consulting Services | 29.90 | $10,385.50 |
| Tax Analysis and Compliance Services | 171.90 | 56,610.50 |
| General and Administrative Services (Employment/Fee Applications and Case Administration) | 3.60 | 897.00 |
| **TOTALS:** | 205.40 | $67,893.00 |

NOTE: Attach all fee application summaries for prior interim hearings.

[1] See categories suggested in UNITED STATES TRUSTEE GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES.

CSD 1143

# EXHIBIT B

**Baker Tilly US, LLP fka Squar Milner LLP**
**In re: INTEGRATEDMARKETING.COM dba Roni Hicks & Associates**
**U.S.B.C. Case No.: 19-04688-CL7**
**Summary of Time Charges and Costs**
**For the period September 1, 2021 through May 31, 2023**

| Professional | Position | Time | Rate | Amount |
|---|---|---|---|---|
| Burack, Scott, JD, CPA, CIRA | Director | 1.10 | $495.00 | $    544.50 |
| Elledge Chiang, Stacy, CPA/CFF, CIRA | Director | 14.20 | $395.00 | 5,609.00 |
| Castle, Eileen, CPA, CIRA, CFE | Senior Manager | 21.00 | $360.00 | 7,560.00 |
| Calvillo, Nicole | Manager | 0.60 | $225.00 | 135.00 |
| Hernandez, Marjaneh | Paraprofessional | 4.70 | $145.00 | 681.50 |
| Total hours and fees | | 41.60 | | 14,530.00 |

Out-of-pocket costs:

| | |
|---|---|
| Photocopies (@ $.10 per page) | 12.20 |
| Postage | 10.72 |
| Research (PACER) | 68.50 |
| Total out-of-pocket costs | 91.42 |
| Total fees and out-of-pocket costs | $ 14,621.42 |

**Exhibit B, page 1 of 1**

# EXHIBIT C

**Baker Tilly US, LLP fka Squar Milner LLP**
**In re: INTEGRATEDMARKETING.COM dba Roni Hicks & Associates**
**U.S.B.C. Case No.: 19-04688-CL7**
**For the period September 1, 2021 through May 31, 2023**

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| *Tax Research and Analysis* | | | | | |
| 09/27/21 | Chiang, S | Review inquiry from counsel with attachments regarding accounts receivable and research/respond with support (.50) and further correspondence with counsel/trustee (.10). | 0.60 | $ 395.00 | $ 237.00 |
| 12/21/21 | Chiang, S | Review email from trustee with attachment of IRS correspondence and respond/file same. | 0.10 | $ 395.00 | $ 39.50 |
| 01/21/22 | Chiang, S | Email correspondence with trustee re tax compliance and planning (.10); review Forms 1 and 2 for types of transactions for planning (.10) and attention to timing of returns (.10). | 0.30 | $ 395.00 | $ 118.50 |
| 01/21/22 | Castle, E | Review Forms 1 and 2 and begin initial tax assessment for 2021 year due to C corporation status. | 0.60 | $ 360.00 | $ 216.00 |
| 02/01/22 | Chiang, S | Phone call with Kathleen Cashman Kramer in response to inquiries for ESOP impact question re significant 2021 transactions and court approved settlements (.30); review/analysis for same, also relevant to 2021 tax compliance (.40). | 0.70 | $ 395.00 | $ 276.50 |
| 02/01/22 | Castle, E | Research tax treatment of damages received in a breach of fiduciary duty law suit and communications with S Chiang regarding portion allocated to the ESOP for counsel request. | 0.70 | $ 360.00 | $ 252.00 |
| 02/07/22 | Chiang, S | Review research from E Castle and perform additional research in available historical books and records (.70); telephone counsel and update with observations re ESOP (.30). | 1.00 | $ 395.00 | $ 395.00 |
| 03/03/22 | Castle, E | Prepare extension and transmittal for 2021. | 0.50 | $ 360.00 | $ 180.00 |
| 03/04/22 | Chiang, S | Review extension and facilitate filing. | 0.10 | $ 395.00 | $ 39.50 |
| 03/23/22 | Chiang, S | Review inquiry from trustee regarding SSNs of former employees for future payroll reporting and research/respond. | 0.20 | $ 395.00 | $ 79.00 |
| 04/08/22 | Chiang, S | Review tax notice from IRS re 5500 filings and research DOL filings, historical records and draft/send research and observations to trustee and counsel. | 0.40 | $ 395.00 | $ 158.00 |
| 04/11/22 | Chiang, S | Review further correspondence from counsel and trustee regarding tax notice and further review of underlying records to assist team. | 0.20 | $ 395.00 | $ 79.00 |
| 04/13/22 | Chiang, S | Phone conference with counsel and trustee re 401(k) plan return filing, tax notice and discuss potential next steps. | 0.30 | $ 395.00 | $ 118.50 |
| 06/07/22 | Chiang, S | Review/research/respond to trustee and counsel in re IRS correspondence notifying trustee of upcoming refund, offset by IRS for two assessments not approved by court, etc. | 0.30 | $ 395.00 | $ 118.50 |
| 06/20/22 | Chiang, S | Review notices/correspondence from IRS re upcoming refunds, deductions/offsets for prepetition claim and correspond with trustee and counsel. | 0.20 | $ 395.00 | $ 79.00 |
| 06/27/22 | Chiang, S | Review correspondence from trustee with copy of IRS refund received (.10); verify against refund request and tracking schedule for counsel/trustee and IRS claim and update trustee/counsel (.30). | 0.40 | $ 395.00 | $ 158.00 |
| 03/14/23 | Calvillo, N | Prepare extension and transmittal for 2022 returns. | 0.60 | $ 225.00 | $ 135.00 |
| 03/14/23 | Chiang, S | Review extension package and facilitate filing. | 0.10 | $ 395.00 | $ 39.50 |
| | | | 7.30 | | $ 2,718.50 |
| *Tax and Accounting Preparation 2021* | | | | | |
| 01/22/22 | Castle, E | Prepare tax workpapers including summarize 2021 Trustee activity (.90); review bankruptcy documents filed in case with special attention to settlements entered into in 2021 (.70); begin updating settlement workpapers to include 2021 settlements and payments (.60). | 2.20 | $ 360.00 | $ 792.00 |

Exhibit C, page 1 of 2

**Baker Tilly US, LLP fka Squar Milner LLP**
**In re: INTEGRATEDMARKETING.COM dba Roni Hicks & Associates**
**U.S.B.C. Case No.: 19-04688-CL7**
**For the period September 1, 2021 through May 31, 2023**

| Date | Professional | Description | Hours | Rate | Amount |
|------|------|------|------|------|------|
| 01/24/22 | Castle, E | Continue to review settlements entered into during 2021, identify specific terms to adjust balance sheet and to determine taxability and update worksheet on settlements including review receipts and compare to Accounts Receivable at filing date to determine if collections/settlements were for accounts receivable or expense recovery, liabilities related to leadership, etc. | 4.30 | $ 360.00 | $ 1,548.00 |
| 01/25/22 | Castle, E | Continue preparation of tax workpapers, summarizing professional fee applications, payments and prior year accruals (.70); review outstanding settlement agreements from prior year to determine status (.80); prepare journal entries and update balance sheet and income statement (.60); review accounts receivable and reconcile to current balance (.60). | 2.70 | $ 360.00 | $ 972.00 |
| 01/26/22 | Chiang, S | Review accounting workup with underlying PACER and supporting documents and identify transactions/areas for research (1.20); draft/send email to trustee with inquiry re settlement (.10). | 1.30 | $ 395.00 | $ 513.50 |
| 02/07/22 | Castle, E | Continue to update tax workpapers to include reviewing claims and payables for adjustments from settlements (.80); update disclosure statement to  reflect current year activity (.50); prepare journal entries to reflect changes in receivables, payables and equity from current year settlements (.80). | 2.10 | $ 360.00 | $ 756.00 |
| 02/08/22 | Castle, E | Continue to review complaints filed leading to settlements in 2021 (.50); update tax workpapers including prepare journal entries for additional adjustments from settlements (.60); prepare tax return (1.30); review completed tax return and update as needed (.70). | 3.10 | $ 360.00 | $ 1,116.00 |
| 02/08/22 | Chiang, S | Continue review and analysis of settlement treatment, other transactions and reporting. | 0.90 | $ 395.00 | $ 355.50 |
| 02/21/22 | Castle, E | Update CA tax return with newly released updates to California software for 2021 (.40); update electronic files and tax workpapers for partner review (.60). | 1.00 | $ 360.00 | $ 360.00 |
| 02/23/22 | Chiang, S | Review/work on tax package including updates to disclosure statement (.30); instructions (.10);  review settlement analysis and identify inquiries (.50); review AJEs and identify inquiries re prior accruals (.30). | 1.20 | $ 395.00 | $ 474.00 |
| 03/17/22 | Castle, E | Review and address S Chiang comments, including updates to accruals, request for additional settlement research/review by S Burack, and workpaper updates. | 0.70 | $ 360.00 | $ 252.00 |
| 07/11/22 | Burack, S | Review of settlement agreement and supporting analysis for tax matters and provide feedback, observations. | 0.60 | $ 495.00 | $ 297.00 |
| 07/12/22 | Burack, S | Review/research and address questions from tax team regarding treatment on settlement. | 0.50 | $ 495.00 | $ 247.50 |
| 07/12/22 | Castle, E | Review assessment by S Burack re treatment and taxability of settlement income from TI and follow up (.60); update tax workpapers to correspond with discussion (.40); update tax return for same (.90); update disclosure statement (.30); update electronic files with tax returns and required attachments (.90). | 3.10 | $ 360.00 | $ 1,116.00 |
| 08/30/22 | Chiang, S | Review updated workpapers, settlement analysis and returns and approve for processing. | 1.30 | $ 395.00 | $ 513.50 |
| | | | 25.00 | | $ 9,313.00 |
| | | Tax Analysis and Compliance Services total | 32.30 | | $ 12,031.50 |

# EXHIBIT D

**Baker Tilly US, LLP fka Squar Milner LLP**
**In re: INTEGRATEDMARKETING.COM dba Roni Hicks & Associates**
**U.S.B.C. Case No.: 19-04688-CL7**
**For the period September 1, 2021 through May 31, 2023**

| Date | Professional | Description | Hours | Rate | Amount |
|------|------|------|------|------|------|
| *Fee Application #2* | | | | | |
| 09/13/21 | Hernandez, M | Develop exhibits to second fee application (1.30); update application (.60). | 1.90 | $ 145.00 | $   275.50 |
| 09/14/21 | Chiang, S | Begin review and edit of draft application (.80); review developing exhibits and categorize for application (.40). | 1.20 | $ 395.00 | $   474.00 |
| 09/14/21 | Hernandez, M | Update exhibits per S Chiang review notes. | 0.50 | $ 145.00 | $    72.50 |
| 09/16/21 | Chiang, S | Review/respond to emails from counsel re upcoming fee deadlines (.10) and attention to calendaring for same (.10). | 0.20 | $ 395.00 | $    79.00 |
| 09/20/21 | Chiang, S | Continue review/updates to draft application (.30); review email from counsel re timing, etc. (.10). | 0.40 | $ 395.00 | $   158.00 |
| 09/22/21 | Hernandez, M | Update fee application and related exhibits to reflect final amounts and partner comments. | 2.30 | $ 145.00 | $   333.50 |
| 09/22/21 | Chiang, S | Phone call with counsel re notice request (.10); draft/send noticing information to counsel (.30); continue review/updates to application package and send draft to trustee and counsel (.70). | 1.10 | $ 395.00 | $   434.50 |
| 09/24/21 | Chiang, S | Final review/edit/sign application (.70); review/respond to emails from counsel re notice, status of application, other filings (.30). | 1.00 | $ 395.00 | $   395.00 |
| 10/21/21 | Chiang, S | Review correspondence from counsel with attached tentative ruling on fee application and respond. | 0.10 | $ 395.00 | $    39.50 |
| | | | 8.70 | | $ 2,261.50 |
| *G&A Matters* | | | | | |
| 05/08/23 | Chiang, S | Review case update from counsel and inquiry re fees and costs to date and research/respond (.20); review settlement information re potential tax impact (.20). | 0.40 | $ 395.00 | $   158.00 |
| 05/23/23 | Chiang, S | Review/respond to correspondence from counsel re case status, potential fee hearing, etc. | 0.20 | $ 395.00 | $    79.00 |
| | | | 0.60 | | $   237.00 |
| | | General and Administrative Services total | 9.30 | | $ 2,498.50 |

**Exhibit D, page 1 of 1**

# EXHIBIT E

**Baker Tilly US, LLP fka Squar Milner LLP**
**In re: INTEGRATEDMARKETING.COM dba Roni Hicks & Associates**
**U.S.B.C. Case No.: 19-04688-CL7**
**For the period September 1, 2021 through May 31, 2023**

| Date | Description | Amount |
|------|-------------|--------|
| 09/30/21 | Postage | $    8.64 |
| 11/04/21 | PACER Invoice for period 6/1/21 to 9/30/21 | 18.30 |
| 03/08/22 | PACER Invoice for period 10/1/21 to 12/31/21 | 3.90 |
| 04/04/22 | Photocopies | 12.20 |
| 04/04/22 | Postage | 2.08 |
| 04/26/22 | PACER Invoice for period 1/1/22 to 3/31/22 | 15.30 |
| 08/12/22 | PACER Invoice for period 4/1/22 to 6/30/22 | 6.10 |
| 11/02/22 | PACER Invoice for period 7/1/22 to 9/30/22 | 3.60 |
| 05/15/23 | PACER Invoice for period 1/1/23 to 3/31/23 | 21.30 |
| | Total out-of-pocket costs | $   91.42 |

**Exhibit E, page 1 of 1**